IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **BRITTANY HUDSON,** | § § § | |
| Plaintiff, | § § | |
| vs. | § § § | Civil Action No. 1:20-cv-00928 |
| **LINCARE INC.,** | § § § | |
| Defendant. | § § | |

**INDEX OF DOCUMENTS FILED IN SUPPORT OF**
**DEFENDANT'S MOTION FOR SUMMARY JUDGEMENT**

**I.     Transcript and Exhibits from Deposition of Plaintiff Relied Upon By Defendant**

1. Deposition of Brittany Hudson taken June 25, 2021 (Pl. _____ )

2. Pl. Ex. 1 – Charge of Discrimination

3. Pl. Ex. 2 – Offer Letter dated July 18, 2019

4. Pl. Ex. 3 – Employee Handbook Acknowledgements

5. Pl. Ex. 6 – Job Description

6. Pl. Ex. 7 – Commission Structure for Commissioned Sales Representatives

7. Pl. Ex. 8 – Disciplinary Action Documents

8. Pl. Ex. 9 – Email from Plaintiff dated June 21, 2019 re: Account of June 20

9. Pl. Ex. 11 – Email from Plaintiff dated August 9, 2019 re: Notice of Leave

10. Pl. Ex. 12 – Email from Plaintiff dated July 5, 2019 re: Another Situation

11. Pl. Ex. 13 – Lincare Earnings Statements

**II.    Additional Deposition Transcripts and Exhibits Relied Upon by Defendant**

12. Deposition of Patricia Ruiz taken September 16, 2021 (Ruiz _____ )

13. Deposition of Casey Greenway taken September 16, 2021 (Greenway _____ )

14. Deposition of Anicia Torres taken September 16, 2021 (Torres _____ )

15. Deposition of Juanita Lichtenberg taken September 15, 2021 (JL _____ )

16. JL Ex. 3 – Lincare Employee Handbook

17. JL Ex. 4 – Investigation File

18. JL Ex. 9 – Final Written Warning

**III.   Declarations Relied Upon by Defendant**

19. Declaration of Casey Greenway (Greenway Dec ¶ _____ )

20. Declaration of Michael Potter (Potter Dec ¶ _____ )

Respectfully submitted,

By: /s/ *David M. Kalteux*
Rachel Z. Ullrich
Texas Bar No. 24003234
rullrich@fordharrison.com
David M. Kalteux (*pro hac vice*)
Florida Bar No. 118746
dkalteux@fordharrison.com

**FORDHARRISON LLP**
1601 Elm Street, Suite 4450
Dallas, Texas  75201
Telephone:  (214) 256-4700
Facsimile:  (214) 256-4701

**ATTORNEYS FOR DEFENDANT LINCARE INC.**

## CERTIFICATE OF SERVICE

This is to certify that on this 14th day of October 2021, a true and accurate copy of the foregoing was served via the Court's ECF Filing System to:

Holt M. Lackey
E-Mail:  hlackey@equalrights.law
Jay D. Ellwanger
jellwanger@equalrights.law
Ellwanger Law LLP
8310-1 N. Capital of Texas Hwy, Ste. 190
Austin, Texas  78731

                                                   */s/ David M. Kalteux*
                                                   Attorney

WSACTIVELLP:12646463.1