*BRITTANY.*

## Commission Structure for Commissioned Sales Representatives

Base Salary:   $_____ bi-weekly to be paid every other Friday beginning pay period __/__/__.
                                                                                  mo/day/yr

### Commissions

**OXYGEN**
    Traditional         $125.00
    Non-Traditional     $ 45.00
    National Contract   $ 25.00

**UDM**
    SABA                $ 30.00
    LABA                $ 50.00

**CPAP/BiPAP**         $ 40.00
    National Contract   $ 22.25

**mdINR**              $100.00

**NH Vent (Trilogy)**
    Traditional         $200.00
    Non-Traditional     $150.00

Commissions will not be paid on referrals from any of Lincare's affiliate companies.

Commissions will be earned in the commission period in which all of the following requirements are met:

1. the patient is set-up;
2. the patient is qualified for insurance coverage that will pay Lincare on assignment for the specified therapy;
3. the initial date of service is booked to accounts receivable;
4. the earning Sales Representative personally obtains all other billing pre-requisites, including, as applicable, but not necessarily limited to, the prescription, Certificate of Medical Necessity ("CMN"), qualifying testing results, and, for traditional oxygen set-ups and LABA respiratory medications, physician chart notes; and
5. the earning Sales Representative has completed timely the SalesForce entries for the sales calls related to the particular set-up.

Commissions will be paid in the calendar month following the commission period in which all of the above requirements are met.

### Structure

New Sales Representatives will be eligible for commission on a go-forward basis from their hire date for new set-ups received from any existing referral accounts for which they have been assigned in SalesForce, as well as any new-to-Lincare referral relationships that the new Sales Representative is able to establish.

Other than the exception noted below, no commission will be paid on patients on Lincare service prior to the Sales Representative's start date that thereafter require replacement/upgraded equipment.

HUDSON EX. 7

07/2016


EXHIBIT Hudson 7 PC 6-25-21

DEF 0145

*Exception: If the new Sales Representative obtains required documentation that allows the Company to successfully bill for the first time on a commission-eligible set-up that was completed no more than 90 days prior to his/her hire date, and the commission for that set-up has not otherwise been paid to another Sales Representative, the new Sales Representative will be eligible to receive the commission.*

Sales Representatives are expected to make at least 250 sales calls per month.

In order for commission payments to be earned by the Sales Representative, all of the above requirements must be met. In the event of a terminated Sales Representative, the final commission payment will be based on the set-ups for which all of the above requirements have been met, commission has not yet been paid, and the commission cycles for payment on the next verification report following the Sales Representative's final work date with the company.

Center Managers are to forward a current list of all current accounts at the Center to the Area Manager and Region Secretary upon hiring a Sales Representative participating in this program.

Sales Representatives participating in this program will not be eligible for the Center Profit Sharing Program.

All Lincare employees are subject to the Lincare Corporate Healthcare Compliance Program. Notwithstanding any other provision hereof, no commission shall be deemed earned by, or will be payable to, any Sales Representative for any patient set-ups which are found (based on the reasonable judgment of the Corporate Compliance Officer) to be in violation of Lincare's Corporate Healthcare Compliance Program or any Healthcare Law (as such term is defined in Lincare's Corporate Healthcare Compliance Program) if the Sales Representative had personal knowledge of the violation and failed to report it to the Corporate Compliance Officer.

Notwithstanding the above, this document does not constitute a contract of employment. By signing below the Sales Representative acknowledges that he/she remains an at-will employee and that the commission structure set forth herein is subject to change at any time without further notice at the sole discretion of Employer.

Sales Representative Signature

Brittany Hudson
Print Name

8/24/16
Date

90-09-75-11
Location Code

Region Manager Signature

DAN VASELJ
Print Name

9-14-16
Date

07/2016

Area/District Manager Signature

Print Name

Date

DEF 0146

Commission Structure for
<u>Commissioned Sales Representatives</u>

Base Salary:    $1,153.85/ bi-weekly to be paid every other Friday beginning pay period 04/04/2016

<u>Commissions</u>

OXYGEN
    Traditional          $125.00
    Non-Traditional   $ 45.00
    National Contract $ 25.00

UDM
    SABA              $ 30.00
    LABA              $ 50.00

CPAP/BiPAP          $ 45.00
    National Contract $ 25.00

mdINR                 $ 75.00

NH Vent (Trilogy)
    Traditional          $200.00
    Non-Traditional   $150.00

Commissions will not be paid on referrals from any of Lincare's affiliate companies.

Commissions will be earned in the commission period in which <u>all</u> of the following requirements are met:

1. the patient is set-up;
2. the patient is qualified for insurance coverage that will pay Lincare on assignment for the specified therapy;
3. the initial date of service is booked to accounts receivable;
4. the earning Sales Representative personally obtains all other billing pre-requisites, including, as applicable, but not necessarily limited to, the prescription, Certificate of Medical Necessity ("CMN"), qualifying testing results, and, for traditional oxygen set-ups, physician chart notes; and
5. the earning Sales Representative has completed timely the STSi entries for the sales calls related to the particular set-up.

Commissions will be paid in the calendar month following the commission period in which all of the above requirements are met.

<u>Structure</u>

New Sales Representatives will be eligible for commission on a go-forward basis from their hire date for new set-ups received from any existing referral accounts for which they have been assigned in STSi, as well as any new-to-Lincare referral relationships that the new Sales Representative is able to establish.

No commission will be paid on patients on Lincare service prior to the Sales Representative's start date that thereafter require replacement/upgraded equipment. However, if the new Sales Representative obtains required documentation that allows the Company to successfully bill for the first time on a

03/2014

commission-eligible set-up that occurred prior to his/her hire date, and the commission for that set-up has not otherwise been paid to another Sales Representative, the new Sales Representative will be eligible to receive the commission.

Sales Representatives are expected to be in the office on Friday afternoons to assist with new set-ups and to enter sales calls for that week into STSi.

In order for commission payments to be earned by the Sales Representative, all of the above requirements must be met. In the event of a terminated Sales Representative, the final commission payment will be based on the set-ups for which all of the above requirements have been met and commission has not yet been paid, as of the Sales Representative's last day of employment with the Company.

Center Managers are to forward a current list of all current accounts at the Center to the Area Manager and Region Secretary upon hiring a Sales Representative participating in this program.

Sales Representatives participating in this program will not be eligible for the Center Profit Sharing Program.

All Lincare employees are subject to the Lincare Corporate Healthcare Compliance Program. Notwithstanding any other provision hereof, no commission shall be deemed earned by, or will be payable to, any Sales Representative for any patient set-ups which are found (based on the reasonable judgment of the Corporate Compliance Officer) to be in violation of Lincare's Corporate Healthcare Compliance Program or any Healthcare Law (as such term is defined in Lincare's Corporate Healthcare Compliance Program) if the Sales Representative had personal knowledge of the violation and failed to report it to the Corporate Compliance Officer.

Notwithstanding the above, this document does not constitute a contract of employment. By signing below the Sales Representative acknowledges that he/she remains an at-will employee and that the commission structure set forth herein is subject to change at any time without further notice at the sole discretion of Employer.

_____
Sales Representative Signature

Brittany Hudson
Print Name

4/30/16
Date

_____
Region Manager Signature

Dan Vasels
Print Name

5-20-16
Date

_____
Area/District Manager Signature

_____
Print Name

_____
Date

03/2014

DEF 0148

Commission Structure for
Commissioned Sales Representatives

Base Salary:    $923.08 bi-weekly

Commissions

OXYGEN
    Traditional            $125.00
    Non-Traditional      $ 45.00
    National Contract    $ 25.00

UDM
    SABA                     $ 30.00
    LABA                     $ 50.00

CPAP/BiPAP                    $ 45.00
    National Contract    $ 25.00

mdINR                            $ 75.00

NH Vent (Trilogy)
    Traditional            $200.00
    Non-Traditional      $150.00

Commissions will not be paid on referrals from any of Lincare's affiliate companies.

Commissions will be earned in the commission period in which all of the following requirements are met:

1. the patient is set-up;
2. the patient is qualified for insurance coverage that will pay Lincare on assignment for the specified therapy;
3. the initial date of service is booked to accounts receivable;
4. the earning Sales Representative personally obtains all other billing pre-requisites, including, as applicable, but not necessarily limited to, the prescription, Certificate of Medical Necessity ("CMN"), qualifying testing results, and, for traditional oxygen set-ups, physician chart notes; and
5. the earning Sales Representative has completed timely the STSi entries for the sales calls related to the particular set-up.

Commissions will be paid in the calendar month following the commission period in which all of the above requirements are met.

Structure

New Sales Representatives will be eligible for commission on a go-forward basis from their hire date for new set-ups received from any existing referral accounts for which they have been assigned in STSi, as well as any new-to-Lincare referral relationships that the new Sales Representative is able to establish.

No commission will be paid on patients on Lincare service prior to the Sales Representative's start date that thereafter require replacement/upgraded equipment. However, if the new Sales Representative obtains required documentation that allows the Company to successfully bill for the first time on a commission-eligible set-up that occurred prior to his/her hire date, and the commission for that set-up has

03/2014

not otherwise been paid to another Sales Representative, the new Sales Representative will be eligible to receive the commission.

Sales Representatives are expected to be in the office on Friday afternoons to assist with new set-ups and to enter sales calls for that week into STSi.

In order for commission payments to be earned by the Sales Representative, all of the above requirements must be met. In the event of a terminated Sales Representative, the final commission payment will be based on the set-ups for which all of the above requirements have been met and commission has not yet been paid, as of the Sales Representative's last day of employment with the Company.

Center Managers are to forward a current list of all current accounts at the Center to the Area Manager and Region Secretary upon hiring a Sales Representative participating in this program.

Sales Representatives participating in this program will not be eligible for the Center Profit Sharing Program.

All Lincare employees are subject to the Lincare Corporate Healthcare Compliance Program. Notwithstanding any other provision hereof, no commission shall be deemed earned by, or will be payable to, any Sales Representative for any patient set-ups which are found (based on the reasonable judgment of the Corporate Compliance Officer) to be in violation of Lincare's Corporate Healthcare Compliance Program or any Healthcare Law (as such term is defined in Lincare's Corporate Healthcare Compliance Program) if the Sales Representative had personal knowledge of the violation and failed to report it to the Corporate Compliance Officer.

Notwithstanding the above, this document does not constitute a contract of employment. By signing below the Sales Representative acknowledges that he/she remains an at-will employee and that the commission structure set forth herein is subject to change at any time without further notice at the sole discretion of Employer.

_[signature]_
Sales Representative Signature

Brittany Hudson
Print Name

4/8/15
Date

Astoria, Warrenton, Seaside
Location

_[signature]_
Region Manager Signature

DAN VASELJ
Print Name

4-24-15
Date

03/2014