Fakiolas, Emily (EFakiola)

| | |
|---|---|
| From: | Banks, Ashley (KBanks1) |
| Sent: | Monday, April 23, 2018 12:23 PM |
| To: | Lichtenberg, Juanita (jlichten) |
| Cc: | Leboeuf, John (JLeboeuf); Fakiolas, Emily (EFakiola) |
| Subject: | RE: Hudson,Brittany.New Orleans,LA - Minimum Sales Performance Standards.jll.docx |

Brittany has refused to sign at this time.

From: Lichtenberg, Juanita (jlichten)
Sent: Monday, April 23, 2018 7:30 AM
To: Banks, Ashley (KBanks1)
Cc: Leboeuf, John (JLeboeuf); Fakiolas, Emily (EFakiola)
Subject: Hudson,Brittany.New Orleans,LA - Minimum Sales Performance Standards.jll.docx

Ashley,

I prepared the minimum performance standards warning for you.  For this I can only list the companies minimum requirements which are 10 O2, 1NHV and 1INR.  If this is not what you wanted and you wanted me to include all of her center goals let me know and I will send you the graph that includes all of her product goals.

The warning for Brittany Hudson is attached and ready for you to present.  <u>Please review it to make sure you are comfortable with the contents.  If you need to make any changes, please forward a final copy back to me.</u>

When you present it to her, go over it with her and ask her to sign and initial the box at the bottom of the page.  Then offer her a copy, keep a copy for your locked management file and send the original to Emily for the Personnel file.

If she refuses to sign:
- Point out the following, near the bottom of the document, *"Your signature below acknowledges only that this document has been reviewed with you; it does not necessarily represent your agreement with any or all of the information presented herein."*
- Remind her that she has the right to appeal the write-up by following the Problem Resolution Procedure (see the info in the box).
- Tell her that refusing to sign does not make the document go away. It's your job to manage her performance, and with or without her signature.
- If she still refuses, write "Employee Refused to Sign" on the signature line in front of her.

Feel free to get back to me if you have any questions.

Thanks,

Juanita Lichtenberg
HR Business Partner

Lincare
Phone 727.431.8228, Fax +727.524.8733
jlichter@lincare.com, www.lincare.com

*LINCARE*
A Linde company

HUDSON EX. 8



DEF 0161



**DOCUMENTED VERBAL WARNING**

| | |
|---|---|
| Sales Representative Name:  Brittany Hudson | |
| Manager Name/Job Title:  Ashley Banks, Center Manager | |
| Today's Date:  April 23, 2018 | |

You have not achieved the minimum performance standards of commissionable referrals for the last two (2) consecutive months.  The minimum standards and your actual commissionable referrals are detailed by product category below:

| CATEGORY | GOAL | Feb 2018 | Mar 2018 |
|---|---|---|---|
| OXYGEN | 10 | 14 | 15 |
| NHV | 1 | 0 | 0 |
| INR | 1 | 0 | 1 |

As a Sales Representative for Lincare, you are responsible for selling our services to our referral sources, including physicians, discharge planners and physician office staff.  You must establish and maintain a relationship with referral sources in the medical community. You need to focus on asking for oxygen orders and discuss in detail the programs that Lincare has to offer and the programs we provide for customer care, specifically NHV and INR.

Additionally, these minimum standards target *commissionable* referrals.  To clarify, that means that these minimum monthly referrals must meet the requirements for the applicable commission to be earned and payable, per your Commission Structure.

You should be tracking your progress toward achieving your monthly goals on a weekly basis, ensuring that you do not fall behind.

This Documented Verbal Warning is being issued to formally advise you that if you do not demonstrate immediate and sustained improvement in consistently achieving the monthly minimum performance standards, further corrective action, up to and including employment termination, will occur.

The responsibility for meeting the requirements of your position lies with you.  If you are unclear about your responsibilities or the company's requirements, please advise me immediately.  Your signature below acknowledges only that this document has been reviewed with you; it does not necessarily represent your agreement with any or all of the information presented herein.

| | |
|---|---|
| Sales Representative Signature: | |
| Today's Date: | |

My initials below acknowledge my understanding that I have the right to formally dispute any information contained in this corrective action document that I believe to be untrue or misrepresented in any way by contacting the next appropriate level of management utilizing the Problem Resolution Procedure, which is outlined in the "About Your Company" handbook.      SLR Initials:

cc:      Personnel File
         J. Leboeuf

## Fakiolas, Emily (EFakiola)

| | |
|---|---|
| **From:** | Lichtenberg, Juanita (jlichten) |
| **Sent:** | Monday, April 23, 2018 8:30 AM |
| **To:** | Banks, Ashley (KBanks1) |
| **Cc:** | Leboeuf, John (JLeboeuf); Fakiolas, Emily (EFakiola) |
| **Subject:** | Hudson,Brittany.New Orleans,LA - Minimum Sales Performance Standards.jll.docx |
| **Attachments:** | Hudson,Brittany.New Orleans,LA - Minimum Sales Performance Standards.jll.docx |

Ashley,

I prepared the minimum performance standards warning for you.  For this I can only list the companies minimum requirements which are 10 O2, 1NHV and 1INR.  If this is not what you wanted and you wanted me to include all of her center goals let me know and I will send you the graph that includes all of her product goals.

The warning for Brittany Hudson is attached and ready for you to present.  Please review it to make sure you are comfortable with the contents.  If you need to make any changes, please forward a final copy back to me.

When you present it to her, go over it with her and ask her to sign and initial the box at the bottom of the page.  Then offer her a copy, keep a copy for your locked management file and send the original to Emily for the Personnel file.

If she refuses to sign:
- Point out the following, near the bottom of the document, "*Your signature below acknowledges only that this document has been reviewed with you; it does not necessarily represent your agreement with any or all of the information presented herein.*"
- Remind her that she has the right to appeal the write-up by following the Problem Resolution Procedure (see the info in the box).
- Tell her that refusing to sign does not make the document go away. It's your job to manage her performance, and with or without her signature.
- If she still refuses, write "Employee Refused to Sign" on the signature line in front of her.

Feel free to get back to me if you have any questions.

Thanks,

---

Juanita Lichtenberg
HR Business Partner

Lincare
Phone +727.431.8228, Fax +727.524.8733
jlichten@lincare.com, www.lincare.com



LINCARE
A lindr company

DEF 0163



To:      Brittany Hudson

Date:    July 13, 2017

Subject: Documented Verbal Warning

You have been counseled and routinely advised regarding the business necessity to manage and update Salesforce on a regular basis. This is a required job duty. You have failed to comply with this request to date, despite the repeated reminders provided to you.

This is violation of the following Major Infractions:

- *#9 – Failure to discharge assigned job duties in a satisfactory professional and/ or efficient manner.*

You are expected to conduct yourself in a professional and respectful manner throughout the course of completing your job duties, whether you are interacting with patients, coworkers or members of management. You are to act as a team member, and work with the other employees to ensure that the needs of our patients and requests of the provider's offices are being met. If you have a legitimate concern or issue, you are to bring it to your Center Manager or their absence my attention in private and in a respectful manner so that it can address appropriately. Any further actions made in violation of this policy will result in the immediate termination of your employment.

The responsibility for improving lies with you. If you are unclear about your responsibilities or the company's expectations, please advise me immediately.


_____        _____
Ashley Banks, Center Manager                   Date

Your signature below acknowledges only that this document has been reviewed with you; it does not necessarily represent your agreement with any or all of the information presented herein.


_____        _____
Brittany Hudson – Sales Representative           Date

*See Page 2*

DEF 0164

Page 2- B. Hudson
*Sales Representative –New Orleans, LA*

My initials below acknowledge my understanding that I have the right to formally dispute any information contained in this corrective action document that I believe to be untrue or misrepresented in any way by contacting the next appropriate level of management utilizing the Problem Resolution Procedure, which is outlined in the "About Your Company" handbook.

_____

B. Hudson's Initials

cc:     Personnel File/E. Fakiolas

DEF 0165