

Brittany Hudson <brittany2hudson@gmail.com>

## Brittany Hudson accounts of June 20 in Austin, Texas location

**Brittany Hudson** <brittany2hudson@gmail.com>  Fri, Jun 21, 2019 at 9:05 AM
Cc: "brittany2hudson@gmail.com" <brittany2hudson@gmail.com>

Hello Ms. Litchtan,

I have included my statement below for review.

On June 20, 2019, at 10:50am I was informed by Adele Boyd, (the sales rep for the south territory)via text of a meeting we will have in Scott's (the respiratory therapist) office.

When I walked into Scott's office, Casey Greenway (manager) was in one corner, Adele was sitting on the floor, Anicia Torres (Csr pap) was sitting in the chair closer to Adele, and Patricia Ruiz (CSR neb and bent metal) was sitting in a chair closer to Casey, while I was at the front door entrance. Once the meeting began Adele started crying so I sat down next to her.

Casey said we are having a meeting to discuss chain of command and Patricia co-signs with folded arms. Casey begins to speak in regards to an email Adele wrote to Mike Potter ( regional manager). In this email Adele refers to a service failure regarding allscripts, and the office not telling the sales reps about hospital discharge orders that come into the center. At this moment Patricia Ruiz starts to talk to Adele, and she's yelling and cussing. Saying that Adele has betrayed her, is a snitch, and using words like "bitch", you don't do that to me. At this time Adele starts to cry and is shaking and visible upset. Casey never said anything while Patricia was yelling and talking. I then explained the email was in regards to allscripts. We as sales reps do not know what's coming into the office because the CSRs are not able to look at their emails constantly. We just want access and that's what we were asking for. I've emailed the allscripts administrator at our company and I'm waiting for his response. Then Casey says, Adele I understand why you sent the email to Mike because he seems personable and friendly, but he's your regional manager. He's not your friend, and you have to come to me first.  If you or anyone else does this again without coming to me first, you will be written up and fired. Casey said you don't want to keep messaging and having Mike look at us or get put on his bad side. He can come up here and fire you at any moment. He's hiring other CSRs and reps for the Ahome area I don't know what that means. I don't know if our center will still be here or merge or go away. No one has told me that yet. Everyone needs to do their jobs and get the numbers up.

Then Patricia says why can't the sales reps just check the computer for orders themselves? Casey said they can't do that when they are out in the territory. Patricia said ok.

Then Anicia says that she's the most valuable employee and a greater assets than any of us, and Adele and Brittany dont do "shit", don't bring any orders in, and are useless. Adele your all over the place and have no idea what your doing or talking about. Then She says Brittany, I don't know why you check in with me regarding orders we have, or ask for paperwork because I give you paperwork and then you proceed to take a week to 5 days to get it back. Then she said Brittany you don't even go to dr. Schindel's office anymore. Carol( dr's Schindel's nurse) nurse called me and informed me you couldn't go by there so what do you do?

At that moment I looked at Casey and said what is Anicia talking about? Casey said I'm not sure, but one day Carol called and said you couldn't go by. I explained I couldn't go to Dr Schindel's office because I was in the middle of a hospital discharge. I called the dr's office to let them know I couldn't come by their office today because I was handling a hospital discharge.

Then I informed the CSRs, that I text Casey a lot when I'm out in the field, so she knows what I'm doing and where I am at. Also, I said we are not suppose to walk paperwork in, we have to get it faxed to the Cdr so it's time stamped per Rbco. In Austin, the dr offices are not allowing paperwork to leave office because of HIPPA. Then I can not have my name on any dwos. It can only have our Cdr number and our company name. Anything else will get rejected so how can you really say that I'm not bringing anything or working?

HUDSON EX. 9

Adele said I'm sorry I'm incompetent and emailed Mike

I said, At this point Anicia your telling me everything I do is wrong. That's your opinion and I've let you speak. Now I would


EXHIBIT Hudson 9 PC 6-25-21

HUDSON_004950

like for you to stop cussing at me and stop using the "n" ("nigger and Nigga")word in the office. She said I'll stop using it when your around, but when your not around I'll use it. Then I said no, you should stop using it in the office. She said "bitch" I'll use it when I "fucking" want to use it. Casey did not say anything while she was talking like this to me. Anicia then says "bitch" you wanna sue me then sue me. This is a free country and I say whatever I want and when I want. She then says see this is why you failed at every center you worked at and got transferred here. After that she storms out. Casey didn't say anything.

I looked at Casey and said do you think this is productive? Why would you all do this to me and Adele again. This is the second meeting we have had that has ended up with everyone yelling and cussing.

Casey said we all need to talk to each other with respect. Then Patricia says why do we have to have huddles if the girls (referring the sales reps) come talk to us individually everyday. I said because Mike wants us to have a more structured meeting for like 5-10 mins. Casey said, yes Mike wants us to have daily huddles and Patricia then rolled her eyes and crossed her arms.

Adele says I'm sorry I'm incompetent and I sent Mike an email. I said Adele don't say that about yourself, you are very smart. Then she keeps crying and is very upset. I look at Casey and say, see this is messed up.

Afterwards I said why can't we just work as a team? Why can't we just get these orders out and help our patients? Why's does it always have to be drama in this office? Patricia, you and the other csrs are the heart of our office. Your moods and attitudes affect us all. Why do y'all have such negative attitudes towards the sales reps. We like you all, what did we ever do to y'all? I'm so emotionally tired of dealing with this drama everyday. Everyday one of the CSRs has an issue with the sales team and no one says anything. Patricia was like well you and me have had our words and it's fine. I know where you are coming from Brittany, but Adele she betrayed me. I thought we were better than that. She hurt my feelings by sending Mike that email. I have nothing to say to her. I'll send her an email and answer the phone but don't call me, text me, or expect me to speak to Adele for a few days to weeks because she has snitched and betrayed my trust.

After that I said again I'm emotionally tired, y'all are not protecting the interest of the company, it's policies, and this behavior is condoning a hostile work environment. I'm very uncomfortable working in this environment because I have to deal with racial slurs, hostility, and CSR favoritism. I'm contacting Human Resources. Then Adele and myself walked out of the office.

HUDSON_004951