

**To:**      Patricia "Sue" Ruiz, Customer Service Representative

**From:**    Casey Greenway, Center Manager

**Date:**    June 25, 2019

**Subject:**  **Final Written Warning**

---

Your actions and behaviors are not supporting the goals and operations of the Austin, Texas center and Lincare.

You recently demonstrated unprofessional behavior during an office meeting, which has created an uncomfortable work environment for some of the office staff.  You called a co-worker a bitch during the meeting when you did not agree with statements made.  This type of behavior will no longer be tolerated.

This type of behavior is unprofessional and a violation of the following Lincare Major Infractions:
*#4 – Immoral, disorderly, indecent or harassing conduct, including the use of abusive or profane language.*
*#9 – Failure to discharge assigned job duties in a satisfactory professional and/or efficient manner.*

As the Lincare Anti-Harassment/Anti-Discrimination policy states in part on page 33 of the employee handbook "About Your Company" - *All employees have the right to work in an environment that is free from all forms of unlawful discrimination and conduct that can be considered harassing, coercive or disruptive.*

Going forward, you are expected to conduct yourself in a professional and respectful manner at all times throughout the course of completing your job duties, whether you are interacting with patients, referral sources, coworkers or members of management.  Interactions with your co-workers should remain professional.  While you may not always like the people you work with, you must learn to work with them in a respectful manner.

Please note that the company has a policy prohibiting retaliation against anyone who participates in an internal investigation and/or brings their concerns to the attention of management.  Consequently, you will refrain from any actions or behaviors that are, or could be perceived to be, retaliatory in nature against anyone you believe may have been involved in this investigation.

Retaliation can come in many forms ranging from direct confrontation, to giving people the proverbial "cold shoulder," to completely ignoring them.  Your safest course of action is to avoid discussing this situation with anyone and maintaining courteous and professional contact with your staff on business-related issues.

Juanita Lichtenberg

**Exhibit 9**

JH - 09.15.21.

exhibitsticker.com

*See Page 2*

Final Written Warning – Sue Ruiz
June 25, 2019
Page 2 of 2


This final written warning is being issued to formally advise you that any future incidents like those described herein, or any violation of the policy prohibiting retaliation, will result in the immediate termination of your employment.

The responsibility for improving lies with you.  If you are unclear about your responsibilities or the company's requirements, please advise me immediately.

Your signature below acknowledges only that this document has been reviewed with you; it does not necessarily represent your agreement with any or all of the information presented herein.


_____
Sue Ruiz Customer Service Representative                                                        Date


| My initials below acknowledge my understanding that I have the right to formally dispute any information contained in this corrective action document that I believe to be untrue or misrepresented in any way by contacting the next appropriate level of management utilizing the Problem Resolution Procedure, which is outlined in the "About Your Company" handbook.

_____
S. Ruiz' Initials |


cc:       Personnel File
          M. Potter



**To:**      Anicia Torres, Customer Service Representative

**From:**    Casey Greenway, Center Manager

**Date:**     June 25, 2019

**Subject:**  **Final Written Warning**

---

Your actions and behaviors are not supporting the goals and operations of the Austin, Texas center and Lincare.

You recently demonstrated unprofessional behavior during an office meeting, which has created an uncomfortable work environment for some of the office staff. You called a co-worker a bitch during the meeting when you did not agree with statements made. You have also admitted to using an offensive word at other times when having conversations. This type of behavior will no longer be tolerated and must stop.

This type of behavior is unprofessional and a violation of the following Lincare Major Infractions:
*4 – Immoral, disorderly, indecent or harassing conduct, including the use of abusive or profane language.*
*#9 – Failure to discharge assigned job duties in a satisfactory professional and/or efficient manner.*

As the Lincare Anti-Harassment/Anti-Discrimination policy states in part on page 33 of the employee handbook "About Your Company" - *All employees have the right to work in an environment that is free from all forms of unlawful discrimination and conduct that can be considered harassing, coercive or disruptive.*

Going forward, you are expected to conduct yourself in a professional and respectful manner at all times throughout the course of completing your job duties, whether you are interacting with patients, referral sources, coworkers or members of management. Interactions with your co-workers should remain professional. While you may not always like the people you work with, you must learn to work with them in a respectful manner.

Please note that the company has a policy prohibiting retaliation against anyone who participates in an internal investigation and/or brings their concerns to the attention of management. Consequently, you will refrain from any actions or behaviors that are, or could be perceived to be, retaliatory in nature against anyone you believe may have been involved in this investigation.

Retaliation can come in many forms ranging from direct confrontation, to giving people the proverbial "cold shoulder," to completely ignoring them. Your safest course of action is to avoid discussing this situation with anyone and maintaining courteous and professional contact with your staff on business-related issues.

*See Page 2*

Final Written Warning – Anicia Torres
June 25, 2019
Page 2 of 2

This final written warning is being issued to formally advise you that any future incidents like those described herein, or any violation of the policy prohibiting retaliation, will result in the immediate termination of your employment.

The responsibility for improving lies with you.  If you are unclear about your responsibilities or the company's requirements, please advise me immediately.

Your signature below acknowledges only that this document has been reviewed with you; it does not necessarily represent your agreement with any or all of the information presented herein.

_____

Anicia Torres, Customer Service Representative                              Date

---

My initials below acknowledge my understanding that I have the right to formally dispute any information contained in this corrective action document that I believe to be untrue or misrepresented in any way by contacting the next appropriate level of management utilizing the Problem Resolution Procedure, which is outlined in the "About Your Company" handbook.

_____

A. Torres's Initials

---

cc:      Personnel File
         M. Potter