# DECLARATION OF CASEY GREENWAY

I, Casey Greenway, declare under oath that I have personal knowledge of the following facts and can testify to them, if called upon to do so:

1.      My name is Casey Greenway, and I currently work for Lincare Inc. ("Lincare") as Center Manager for the center located in Austin, Texas (the "Austin Center"). I have been in this position since April 2018.

2.      I am over 21 years old, and I am a resident of Leander, Texas. I have personal knowledge of all matters set forth herein, and I am competent to give this statement.

3.      Brittany Hudson was a Sales Representative at the Austin Center from December 10, 2018 until August 9, 2019. I was the Center Manager throughout Ms. Hudson's tenure at the Austin Center. I interviewed and approved Ms. Hudson's transfer to our facility from a different Lincare center. When an employee requests a transfer, they must go through a similar interview process to that of a new employee to make sure it is a good fit and the center has the final say on whether to accept the transfer or not.

4.      There were three Customer Service Representatives ("CSRs") working for the Austin Center when Ms. Hudson worked there, Patricia Ruiz, Anicia Torres, and Virginia Balli. CSRs are lower-level employees who do not have any supervisory authority or direct reports.

5.      Ms. Hudson's commission structure required her to complete five different requirements in order to earn commission a sale: (1) the patient is set up; 2) the patient is qualified for insurance coverage that will pay Lincare on assignment for the specified therapy; 3) the initial date of service is booked to accounts receivable; 4) the earning Sales Representative personally obtains all other billing prerequisites; and 5) the earning Sales Representative has completed timely the SalesForce entries for the sales calls.

1

6.      During her tenure at the Austin Center, each pay period I reviewed commission reports and other necessary records to determine whether Ms. Hudson earned any new commissions. I would sign off on the commissions Ms. Hudson earned during that pay period and submit the commissions to Lincare's payroll department to include in her pay for that pay period. I submitted every commission Ms. Hudson earned while she worked at the Austin Center.

7.      Ms. Hudson never reported any issues or concerns to me that she was not paid all of her commissions while she worked for the Austin Center.

8.      There are a number of issues that could prevent a Sales Representative from earning a commission, such as failing to submit the necessary paperwork or failing to enter sales calls in SalesForce. Ms. Hudson often failed to submit the necessary paperwork and log her sales calls in SalesForce, which would prevent her from earning commissions on a sale. Ms. Hudson also did not make a lot of sales, which is why her commissions were low.

9.      Ms. Hudson was paid all commissions earned during her employment at the Austin Center, including any commissions she was entitled to after her resignation. Ms. Hudson's earned commissions are reflected in the attached commission report, labeled **Exhibit 1** and payment of those earned commissions is reflected in Ms. Hudson's payroll records, labeled **Exhibit 2.**

10.      Ms. Hudson failed to enter her sales calls into SalesForce when she worked for the Austin Center, which was required in order for her to earn a commission on the sale. This was a recurring issue. Ms. Hudson had not entered any sales into SalesForce during the last month of her employment, and thus was not entitled to commissions on any sales during that

2

period since she did not enter them. Area Manager, Mike Potter, frequently spoke with Ms. Hudson about this issue.

**I have read my entire statement carefully.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my personal knowledge.**

Executed on this ___ day of October, 2021.

Casey Greenway

# EXHIBIT 1

```
002 LINCARE, Inc.                          Commission Specialist Item Detail Report
 Date:  2/01/2021
   1Program: LCCID00R               Mid-Month : December 2018 - Month-End : November 2019
 Time: 11:20:48
   1                                          90-00-00-00 LINCARE INC.
 Page:    1
   1                                             BRITTANY HUDSON
   1                                          Batch Status: All Statuses
```

---

| Sales Rep Commission Account# Exception | Amount | Customer Name | Equip | Referral | Payor Code | Payor Name | Date of Service | Reporting Period | Pay Date | Status |
|---|---|---|---|---|---|---|---|---|---|---|

```
2========================================
190 00 00 00  LINCARE INC.
1========================================
1------------------------
190 06 28 21  AUSTIN
1------------------------
2HUDSON, BRITTANY
1------------------------
```

| 1 | Redacted | Redacted | BIPS | Redacted | | 6BCT1 | BCBS TX-HMO | 3/07/2019 | 2019-03-1 | 5/03/2019 | Downloaded |
| | 40.00 | | | | | | | | | | |
| 1 | Redacted | Redacted | BIPS | Redacted | R | 1C000 | MEDICARE REGION C | 7/11/2019 | 2019-07-2 | 8/23/2019 | Downloaded |
| | 40.00 | | | | | | | | | | |
| 1 | Redacted | Redacted | BIPS | Redacted | | 1C000 | MEDICARE REGION C | 7/23/2019 | 2019-07-2 | 8/23/2019 | Downloaded |
| | 40.00 | | | | | | | | | | |
| 1 | Redacted | Redacted | BIPS | Redacted | | 1C000 | MEDICARE REGION C | 10/09/2018 | 2019-01-2 | 2/22/2019 | Downloaded |
| | 40.00 | | | | | | | | | | |
| 1 | Redacted | Redacted | BIPS | Redacted | | 1C000 | MEDICARE REGION C | 1/15/2019 | 2019-01-2 | 2/22/2019 | Downloaded |
| | 40.00 | | | | | | | | | | |



| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Redacted 40.00 | Redacted | BIPS | Redacted | 6BCT4 | BCBS TX-OUT OF STA | 5/08/2019 | 2019-05-1 | 6/14/2019 | Downloaded |
| 1 | Redacted 40.00 | Redacted | CPAP | Redacted | 6BCTX | BCBS TX-PPO/POS | 5/24/2019 | 2019-05-2 | 6/28/2019 | Downloaded |
| 1 | Redacted 40.00 | Redacted | CPAP | Redacted | 6BCT4 | BCBS TX-OUT OF STA | 2/14/2019 | 2019-02-2 | 4/19/2019 | Downloaded |
| 1 | Redacted 40.00 | Redacted | CPAP | Redacted | 6BCT1 | BCBS TX-HMO | 7/02/2019 | 2019-07-1 | 8/09/2019 | Downloaded |
| 1 | Redacted 40.00 | Redacted | CPAP | Redacted | 1C000 | MEDICARE REGION C | 10/04/2018 | 2018-12-1 | 1/11/2019 | Downloaded |
| 1 | Redacted 40.00 | Redacted | CPAP | Redacted | 1C000 | MEDICARE REGION C | 11/27/2018 | 2018-12-1 | 1/11/2019 | Downloaded |
| 1 | Redacted 40.00 | Redacted | CPAP | Redacted | 1C000 | MEDICARE REGION C | 4/15/2019 | 2019-04-2 | 5/31/2019 | Downloaded |
| 1 | Redacted 40.00 | Redacted | CPAP | Redacted | 1C000 | MEDICARE REGION C | 5/14/2019 | 2019-05-2 | 6/28/2019 | Downloaded |
| 1 | Redacted 40.00 | Redacted | CPAP | Redacted | 1C000 | MEDICARE REGION C | 2/13/2019 | 2019-03-2 | 5/03/2019 | Downloaded |
| 1 | Redacted 40.00 | Redacted | CPAP | Redacted | 1C000 | MEDICARE REGION C | 2/11/2019 | 2019-02-2 | 4/19/2019 | Downloaded |
| 1 | Redacted 22.25 | Redacted | CPAP | Redacted | 6AENA | AETNA | 6/20/2019 | 2019-06-2 | 7/26/2019 | Downloaded |
| 1 | Redacted 40.00 | Redacted | CPAP | Redacted | 6BCTX | BCBS TX-PPO/POS | 5/13/2019 | 2019-05-2 | 6/28/2019 | Downloaded |
| 1 | Redacted 40.00 | Redacted | CPAP | Redacted | 1C000 | MEDICARE REGION C | 3/20/2019 | 2019-03-2 | 5/03/2019 | Downloaded |
| 1 | Redacted 22.25 | Redacted | CPAP | Redacted | 6UJ00 | UNITED HEALTHCARE | 10/15/2018 | 2018-12-1 | 1/11/2019 | Downloaded |
| 1 | Redacted 22.25 | Redacted | CPAP | Redacted | 6AENA | AETNA | 3/14/2019 | 2019-03-2 | 5/03/2019 | Downloaded |
| 1 | Redacted 40.00 | Redacted | CPAP | Redacted | 1C000 | MEDICARE REGION C | 7/05/2019 | 2019-07-2 | 8/23/2019 | Downloaded |
| 1 | Redacted 22.25 | Redacted | CPAP | Redacted | 6UJ00 | UNITED HEALTHCARE | 5/16/2019 | 2019-05-2 | 6/28/2019 | Downloaded |
| 1 | Redacted 40.00 | Redacted | CPAP | Redacted | 6T405 | HEALTH SELECT OF T | 7/17/2019 | 2019-07-2 | 8/23/2019 | Downloaded |



| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Redacted 40.00 | Redacted | CPAP | Redacted | 1C000 | MEDICARE REGION C | 3/20/2019 | 2019-03-2 | 5/03/2019 | Downloaded |
| 1 | Redacted 22.25 | Redacted | CPAP | Redacted | 6UJ63 | AARP MEDICARE COMP | 4/10/2019 | 2019-04-2 | 5/31/2019 | Downloaded |
| 1 | Redacted 401 40.00 | Redacted A | CPAP | Redacted | 3TXM1 | MEDICAID TX-AMERGR | 6/14/2019 | 2019-06-2 | 7/26/2019 | Downloaded |
| 1 | Redacted 22.25 | Redacted | CPAP | Redacted M | 6AEAA | AETNA | 3/11/2019 | 2019-03-2 | 5/03/2019 | Downloaded |
| 1 | Redacted 22.25 | Redacted J | CPAP | Redacted J | 6HUM5 | HUMANA MCR HMO | 2/22/2019 | 2019-03-2 | 5/03/2019 | Downloaded |
| 1 | Redacted | Redacted | CPAP | Redacted F | 6UJ00 | UNITED HEALTHCARE | 11/30/2018 | 2018/12-1 | 1/11/2019 | Downloaded |
| 1 | Redacted 40.00 | Redacted M | CPAP | Redacted T | 1C000 | MEDICARE REGION C | 2/12/2019 | 2019-02-2 | 4/19/2019 | Downloaded |
| 1 | Redacted 40.00 | Redacted N | CPAP | Redacted | 1C000 | MEDICARE REGION C | 2/19/2019 | 2019-02-2 | 4/19/2019 | Downloaded |
| 1 | Redacted 9 | Redacted | CPAP | Redacted | 6UJAI | UHC COMM PLAN TX-D | 6/17/2019 | 2019-06-2 | 7/26/2019 | Downloaded |
| 1 | Redacted 22.25 | Redacted S | CPAP | Redacted H | 1C000 | MEDICARE REGION C | 12/28/2018 | 2019-01-1 | 2/08/2019 | Downloaded |
| 1 | Redacted 40.00 | Redacted L | CPAP | Redacted K | 1C000 | MEDICARE REGION C | 2/27/2019 | 2019-03-1 | 5/03/2019 | Downloaded |
| 1 | Redacted 40.00 | Redacted J | CPAP | Redacted J | 1C000 | MEDICARE REGION C | 8/01/2019 | 2019-08-1 | 9/06/2019 | Downloaded |
| 1 | Redacted 100.00 | Redacted | MDINR | Redacted M | 6U330 | | 5/10/2019 | 2019-05-1 | 6/14/2019 | Downloaded |
| 1 | Redacted 100.00 | Redacted | MDINR | Redacted | 1CT00 | | 7/17/2019 | 2019-07-2 | 8/23/2019 | Downloaded |
| 1 | Redacted 100.00 | Redacted | MDINR | Redacted V | 6UJAR | | 5/24/2019 | 2019-05-2 | 6/28/2019 | Downloaded |
| 1 | Redacted 100.00 | Redacted | MDINR | Redacted H | 6HUMB | | 6/27/2019 | 2019-06-2 | 7/26/2019 | Downloaded |

002 LINCARE, Inc.
  Date:  2/01/2021
   1Program: LCCID00R
  Time: 11:20:48

Commission Specialist Item Detail Report

Mid-Month : December 2018 - Month-End : November 2019

```
     1                                                90-00-00-00 LINCARE INC.
Page:      2
     1                                                BRITTANY HUDSON
     1                                                Batch Status: All Statuses
```

2--------------------------------------------------------------------------------------------------------------------
--------------------

| 1Sales Rep Commission | Customer | | | Payor | Payor | Date of | Reporting | Pay | |
|---|---|---|---|---|---|---|---|---|---|
| 1 Account# | Name | Equip | Referral | Code | Name | Service | Period | Date | Status |
| Exception   Amount | | | | | | | | | |

1--------------------------------------------------------------------------------------------------------------------
--------------------

| 2 | Redacted | Redacted | | MDINR | Redacted | L | 1PGBC | MEDICARE PART B | 6/27/2019 | 2019/06-2 | 7/26/2019 | Downloaded |
| | 100.00 | | | | | | | | | | | |
| 1 | Redacted | Redacted | L | MDINR | Redacted | S | 6HUMB | | 5/23/2019 | 2019/05-2 | 6/28/2019 | Downloaded |
| | 100.00 | | | | | | | | | | | |
| 1 | Redacted | Redacted | M | O2 | Redacted | L | 1C000 | MEDICARE REGION C | 5/24/2018 | 2018/12-1 | 1/11/2019 | Downloaded |
| | 125.00 | | | | | | | | | | | |
| 1 | Redacted | Redacted | M | O2 | Redacted | C | 1C000 | MEDICARE REGION C | 12/04/2018 | 2019/02-1 | 3/22/2019 | Downloaded |
| | 125.00 | | | | | | | | | | | |
| 1 | Redacted | Redacted | | O2 | Redacted | M | 1C000 | MEDICARE REGION C | 2/06/2019 | 2019/08-2 | | Downloaded |
| Yes | 125.00 | | | | | | | | | | | |
| 1 | Redacted | Redacted | | O2 | Redacted | | 1C000 | MEDICARE REGION C | 2/01/2019 | 2019/02-1 | 3/22/2019 | Downloaded |
| | 125.00 | | | | | | | | | | | |
| 1 | Redacted | Redacted | | O2 | Redacted | | 1C000 | MEDICARE REGION C | 3/20/2019 | 2019/08-1 | 9/06/2019 | Downloaded |
| | 125.00 | | | | | | | | | | | |
| 1 | Redacted | Redacted | | O2 | Redacted | | 1C000 | MEDICARE REGION C | 4/10/2019 | 2019/08-2 | | Downloaded |
| Yes | 125.00 | | | | | | | | | | | |
| 1 | Redacted | Redacted | J | O2 | Redacted | M | 6HUM1 | HUMANA MCR PPO/POS | 1/29/2019 | 2019/02-1 | 3/22/2019 | Downloaded |
| | 25.00 | | | | | | | | | | | |
| 1 | Redacted | Redacted | | O2 | Redacted | | 1C000 | MEDICARE REGION C | 7/02/2019 | 2019/07-1 | 8/09/2019 | Downloaded |
| | 125.00 | | | | | | | | | | | |
| 1 | Redacted | Redacted | | O2 | Redacted | B | 1C000 | MEDICARE REGION C | 4/18/2019 | 2019/04-2 | 5/31/2019 | Downloaded |
| | 125.00 | | | | | | | | | | | |



| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Redacted 125.00 | Redacted | D | O2 | Redacted | M | 1C000 | MEDICARE REGION C | 2/05/2019 | 2019/04-1 | 5/03/2019 | Downloaded |
| 1 | Redacted 125.00 | Redacted | A | O2 | Redacted | D | 1C000 | MEDICARE REGION C | 8/29/2018 | 2019/02-1 | 3/22/2019 | Downloaded |
| 1 | Redacted 45.00 | Redacted | | O2 | Redacted | , SAR | 6BCT4 | BCBS TX-OUT OF STA | 2/25/2019 | 2019/02-2 | 4/19/2019 | Downloaded |
| 1 | Redacted 25.00 | Redacted | M | O2 | Redacted | S | 6UJAI | UHC COMM PLAN TX-D | 2/18/2019 | 2019/04-2 | 5/31/2019 | Downloaded |
| 1 | Redacted 125.00 | Redacted | IE G | O2 | Redacted | | 1C000 | MEDICARE REGION C | 4/16/2018 | 2019/04-1 | 5/03/2019 | Downloaded |
| 1 | Redacted 45.00 | Redacted | | O2 | Redacted | D | 1C000 | MEDICARE REGION C | 3/13/2019 | 2019/04-1 | 5/03/2019 | Downloaded |
| 1 | Redacted 125.00 | Redacted | | O2 | Redacted | S | 3TXM1 | MEDICAID TX-AMERGR | 5/03/2019 | 2019/05-1 | 6/14/2019 | Downloaded |
| 1 | Redacted 25.00 | Redacted | D | O2 | Redacted | S | 1C000 | MEDICARE REGION C | 5/10/2019 | 2019/05-2 | 6/28/2019 | Downloaded |
| 1 | Redacted 25.00 | Redacted | R | O2 | Redacted | A | 6UJ42 | UHC-MEDICARE ADVAN | 11/29/2018 | 2018/12-1 | 1/11/2019 | Downloaded |
| 1 | Redacted 957 | Redacted | | O2 | Redacted | | 6HUM1 | HUMANA MCR PPO/POS | 3/22/2019 | 2019/04-1 | 5/03/2019 | Downloaded |
| 1 | Redacted 30.00 | Redacted | | UD | Redacted | | 1C000 | MEDICARE REGION C | 3/11/2019 | 2019/05-1 | 6/14/2019 | Downloaded |
| 1 | Redacted 30.00 | Redacted | | UD | Redacted | I | 1C000 | MEDICARE REGION C | 12/21/2018 | 2019/01-2 | 2/22/2019 | Downloaded |
| 1 | Redacted 30.00 | Redacted | C | UD | Redacted | K | 1C000 | MEDICARE REGION C | 2/08/2019 | 2019/05-2 | 6/28/2019 | Downloaded |
| 1 | Redacted 30.00 | Redacted | | UD | Redacted | K | 1C000 | MEDICARE REGION C | 1/18/2019 | 2019/03-1 | 5/03/2019 | Downloaded |
| 1 | Redacted 30.00 | Redacted | | UD | Redacted | E | 1C000 | MEDICARE REGION C | 4/15/2019 | 2019/08-1 | 9/06/2019 | Downloaded |
| 1 | Redacted 25.00 | Redacted | | UD | Redacted | I | 1C000 | MEDICARE REGION C | 7/29/2019 | 2019/08-1 | 9/06/2019 | Downloaded |
| 1 | Redacted 30.00 | Redacted | | UD | Redacted | K | 6UJ42 | UHC-MEDICARE ADVAN | 1/31/2019 | 2019/02-2 | 4/19/2019 | Downloaded |
| 1 | Redacted 30.00 | Redacted | A | UD | Redacted | | 1C000 | MEDICARE REGION C | 12/21/2018 | 2019/01-1 | 2/08/2019 | Downloaded |



| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Redacted 30.00 | Redacted | M | UD | Redacted | K | 1C000 | MEDICARE REGION C | 2/22/2019 | 2019/07-2 | 8/23/2019 | Downloaded |
| 1 | Redacted 30.00 | Redacted | | UD | Redacted | | 1C000 | MEDICARE REGION C | 7/23/2019 | 2019/08-1 | 9/06/2019 | Downloaded |
| 1 | Redacted 30.00 | Redacted | | UD | Redacted | K | 1C000 | MEDICARE REGION C | 1/16/2019 | 2019/02-1 | 3/22/2019 | Downloaded |
| 1 | Redacted 30.00 | Redacted | | UD | Redacted | K | 1C000 | MEDICARE REGION C | 3/25/2019 | 2019/03-2 | 5/03/2019 | Downloaded |
| 1 | Redacted 2 30.00 | Redacted | K | UD | Redacted | K | 1C000 | MEDICARE REGION C | 3/06/2019 | 2019/07-1 | 8/09/2019 | Downloaded |
| 1 | Redacted 30.00 | Redacted | | UD | Redacted | | 1C000 | MEDICARE REGION C | 7/01/2019 | 2019/07-1 | 8/09/2019 | Downloaded |
| 1 | Redacted 30.00 | Redacted | | UD | Redacted | K | 1C000 | MEDICARE REGION C | 5/15/2019 | 2019/05-2 | 6/28/2019 | Downloaded |
| 1 | Redacted 30.00 | Redacted | P | UD | Redacted | L | 1C000 | MEDICARE REGION C | 1/31/2019 | 2019/02-1 | 3/22/2019 | Downloaded |
| 1 | Redacted 30.00 | Redacted | | UD | Redacted | K | 1C000 | MEDICARE REGION C | 4/02/2019 | 2019/04-1 | 5/03/2019 | Downloaded |
| 1 | Redacted 30.00 | Redacted | C | UD | Redacted | | 1C000 | MEDICARE REGION C | 5/10/2019 | 2019/07-1 | 8/09/2019 | Downloaded |
| 1 | Redacted 30.00 | Redacted | L | UD | Redacted | T | 1C000 | MEDICARE REGION C | 3/22/2019 | 2019/03-2 | 5/03/2019 | Downloaded |
| 1 | Redacted 30.00 | Redacted | | UD | Redacted | | 1C000 | MEDICARE REGION C | 6/14/2019 | 2019/07-1 | 8/09/2019 | Downloaded |
| 1 | Redacted 30.00 | Redacted | L | UD | Redacted | K | 1C000 | MEDICARE REGION C | 2/13/2019 | 2019/03-2 | 5/03/2019 | Downloaded |
| 1 | Redacted 30.00 | Redacted | | UD | Redacted | K | 1C000 | MEDICARE REGION C | 3/08/2019 | 2019/03-2 | 5/03/2019 | Downloaded |
| 1 | Redacted 30.00 | Redacted | | UD | Redacted ERT K | | 1C000 | MEDICARE REGION C | 3/21/2019 | 2019/03-2 | 5/03/2019 | Downloaded |
| 1 | Redacted 30.00 | Redacted | | UD | Redacted | | 1C000 | MEDICARE REGION C | 12/14/2018 | 2019/01-2 | 2/22/2019 | Downloaded |
| 1 | Redacted 30.00 | Redacted | | UD | Redacted | | 1C000 | MEDICARE REGION C | 4/09/2019 | 2019/04-1 | 5/03/2019 | Downloaded |
| 1 | Redacted 30.00 | Redacted | | UD | Redacted | | 1C000 | MEDICARE REGION C | 3/28/2019 | 2019/04-1 | 5/03/2019 | Downloaded |



| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Redacted 30.00 | Redacted | UD | Redacted | 1C000 | MEDICARE REGION C | 3/18/2019 | 2019/06-1 | 7/12/2019 | Downloaded |

002 LINCARE, Inc.                          Commission Specialist Item Detail Report
  Date:  2/01/2021
  1Program: LCCID00R                 Mid-Month : December 2018 - Month-End : November 2019
Time: 11:20:48
  1                                          90-00-00-00 LINCARE INC.
Page:    3
  1                                             BRITTANY HUDSON
  1                                        Batch Status: All Statuses

2--------------------------------------------------------------------------------------------------
--------------------
  1Sales Rep          Customer                            Payor  Payor          Date of    Reporting  Pay
     Commission       Name                       Equip  Referral  Code  Name           Service    Period    Date       Status
  1  Account#   Amount
Exception   Amount
1--------------------------------------------------------------------------------------------------
--------------------

| | Sales Rep Commission / Account# / Exception | Amount | Customer Name | Equip | Referral | | Payor Code | Payor Name | Date of Service | Reporting Period | Pay Date | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | Redacted | 50.00 | Redacted | UDLB | Redacted | I | 1C000 | MEDICARE REGION C | 12/21/2018 | 2019/01-2 | 2/22/2019 | Downloaded |
| 1 | Redacted | 50.00 | Redacted | UDLB | Redacted | I | 1C000 | MEDICARE REGION C | 7/29/2019 | 2019/08-1 | 9/06/2019 | Downloaded |
| 1 | Redacted | 50.00 | Redacted | UDLB | Redacted | K | 1C000 | MEDICARE REGION C | 4/03/2019 | 2019/04-1 | 5/03/2019 | Downloaded |
| 1 | Redacted | 150.00 | Redacted J | VENT | Redacted | K | 6HUM1 | HUMANA MCR PPO/POS | 2/23/2019 | 2019/04-1 | 5/03/2019 | Downloaded |

  2                                                                                      Adjusted $
Amount:           .00
  1                                                                                        Total
Commission:      4,760.25
  2                       Total Equip:
  1                             BIPS:       6
  1                             CPAP:      29
  1                            MDINR:       6



```
1                              O2:      19
1                              UD:      27
1                              UDLB:     3
1                              VENT:     1
1------------------------
190 06 28 35  CLOSED BRYAN
1------------------------
2HUDSON, BRITTANY
1------------------------
1   [Redacted]   [Redacted]        CPAP  [Redacted]    6CSPH  AMBETTER-TX SUPERI  3/15/2019  2019/03-1  4/05/2019  Downloaded
        40.00
2                                                                                                                  Adjusted $
1
Amount:           .00                                                                                             Total
1
Commission:       40.00
2                          Total Equip:
1                                  CPAP:     1
1------------------------
190 07 69 11  NEW ORLEANS
1------------------------
2HUDSON, BRITTANY
1------------------------
1   [Redacted]   [Redacted]        CPAP  [Redacted]    6UJ00  UNITED HEALTHCARE   11/06/2018  2018/12-1  1/11/2019  Downloaded
        22.25
1   [Redacted]   [Redacted]  W     CPAP  [Redacted]    1C000  MEDICARE REGION C   11/09/2018  2018/12-1  1/11/2019  Downloaded
        40.00
1   [Redacted]   [Redacted]        CPAP  [Redacted]    6AEPP  AETNA MCR ADV PLAN  12/05/2018  2018/12-1  1/11/2019  Downloaded
        22.25
1   [Redacted]   [Redacted]        CPAP  [Redacted] N  1C000  MEDICARE REGION C   12/05/2018  2018/12-1  1/11/2019  Downloaded
        40.00
1   [Redacted]   [Redacted]        CPAP  [Redacted], MAU  1C000  MEDICARE REGION C  11/08/2018  2018/12-1  1/11/2019  Downloaded
        40.00
1   [Redacted]   [Redacted]        CPAP  [Redacted]    1C000  MEDICARE REGION C   11/29/2018  2018/12-2  1/25/2019  Downloaded
        40.00
1   [Redacted]   [Redacted]        CPAP  [Redacted]    1C000  MEDICARE REGION C   11/16/2018  2018/12-1  1/11/2019  Downloaded
        40.00
```



| | Commission Amount | Customer Name | | Equip | Referral | | Payor Code | Payor Name | Date of Service | Reporting Period | Pay Date | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Redacted 40.00 | Redacted W | | CPAP | Redacted C | | 1C000 | MEDICARE REGION C | 12/06/2018 | 2018/12-1 | 1/11/2019 | Downloaded |
| 1 | Redacted 40.00 | Redacted M | | CPAP | Redacted | | 1C000 | MEDICARE REGION C | 12/06/2018 | 2018/12-1 | 1/11/2019 | Downloaded |
| 1 | Redacted 100.00 | Redacted | | MDINR | Redacted | | 1PGBC | MEDICARE PART B | 12/04/2018 | 2018/12-1 | 1/11/2019 | Downloaded |
| 1 | Redacted 45.00 | Redacted | | O2 | Redacted | | 6HLA5 | BCBS LA-OOS PA-Y | 10/17/2018 | 2018/12-1 | 1/11/2019 | Downloaded |
| 1 | Redacted 125.00 | Redacted G | | O2 | Redacted | | 1C000 | MEDICARE REGION C | 9/24/2018 | 2018/12-1 | 1/11/2019 | Downloaded |
| 1 | Redacted 30.00 | Redacted D | | UD | Redacted | | 1C000 | MEDICARE REGION C | 12/06/2018 | 2018/12-1 | 1/11/2019 | Downloaded |

002 LINCARE, Inc.
Date:  2/01/2021
 1Program: LCCID00R
Time: 11:20:48
 1
Page:  4
 1
 1

Commission Specialist Item Detail Report

Mid-Month : December 2018 - Month-End : November 2019

90-00-00-00 LINCARE INC.

BRITTANY HUDSON
Batch Status: All Statuses

| 1Sales Rep Commission 1 Account# Exception | Amount | Customer Name | | Equip | Referral | | Payor Code | Payor Name | Date of Service | Reporting Period | Pay Date | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | Redacted 30.00 | Redacted C | | UD | Redacted R | | 1C000 | MEDICARE REGION C | 11/09/2018 | 2018/12-1 | 1/11/2019 | Downloaded |
| 1 | Redacted 30.00 | Redacted W | | UD | Redacted | | 1C000 | MEDICARE REGION C | 11/30/2018 | 2018/12-1 | 1/11/2019 | Downloaded |
| 1 | Redacted 30.00 | Redacted W | | UD | Redacted | | 1C000 | MEDICARE REGION C | 9/04/2018 | 2018/12-1 | 1/11/2019 | Downloaded |

```
  1   [Redacted]        [Redacted]              W   UDLB   [Redacted]      1C000  MEDICARE REGION C   11/30/2018   2018/12-1   1/11/2019   Downloaded
             50.00
  2                                                                                                                                        Adjusted $
Amount:          .00
  1                                                                                                                                        Total
Commission:      764.50
  2                          Total Equip:
  1                                  CPAP:      9
  1                                 MDINR:      1
  1                                   O2:       2
  1                                   UD:       4
  1                                 UDLB:       1
  2        BRITTANY HUDSON Total Equip:
  1                                 BIPS:       6
  1                                 CPAP:      39
  1                                MDINR:       7
  1                                   O2:      21
  1                                   UD:      31
  1                                 UDLB:       4
  1                                 VENT:       1
  1                                                                                                                   BRITTANY HUDSON Commission
Total:      5,564.75
  2                               * * * * * END OF REPORT * * * * *
```

# EXHIBIT 2

| CO. | FILE | DEPT. | CLOCK | CHK. NO. |
|-----|------|-------|-------|----------|
| WFP | 561446 | 066321 | | 0021830305 |

**LINCARE** ⊹

P.O. BOX 9004
CLEARWATER, FL 33758-9004

Taxable Marital Status:     Single
Employee ID:  177824

## Earnings Statement

| | |
|---|---|
| Period Beginning: | 12/10/2018 |
| Period Ending: | 12/23/2018 |
| Pay Date: | 12/28/2018 |

**BRITTANY NICOLE HUDSON**
**3017 LUMINOSO LN E**
**ROUND ROCK, TX  78681**

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 14.4231 | 80.00 | 1,153.85 | |
| Commission | | | 945.00 | |
| Commission Prem | | | 239.45 | |
| **Gross Pay** | | $ | 2,338.30 | 69,255.26 |

| Deductions | Statutory | this period | year to date |
|------------|-----------|-------------|--------------|
| | Federal Withholding Tax | 187.32- | 7,333.22- |
| | Social Security Tax | 139.60- | 4,164.95- |
| | Medicare Tax | 32.65- | 974.06- |
| | State Withholding Tax | | 2,514.71- |

| | Other | |
|---|-------|---|
| | *Vision Pre-tax | 4.34- |
| | *Dental Pre-tax | 5.60- |
| | Hsptl Indm | 17.21- |
| | Info Armor | 3.98- |
| | *BCBS Nosur | 76.67- |
| | E Crit Iln | 8.60- |
| | STD | 19.10- |
| | *401(k) | 69.23- |
| | **Net Pay** | $ 1,774.00 |
| | **Net Check** | $ 1,774.00 |

**Important Notes**
Rate Type:  Salaried

| Other Benefits and | | |
|--------------------|---|---|
| Information | this period | year to date |

---



P.O. BOX 9004
CLEARWATER, FL 33758-9004

64-1278/611

| | |
|---|---|
| Payroll check number: | 0021830305 |
| Period Beginning: | 12/10/2018 |
| Period Ending: | 12/23/2018 |
| Pay Date: | 12/28/2018 |
| Employee ID: | 177824 |

Pay to the
order of     **BRITTANY NICOLE HUDSON**

This Amount:   **ONE THOUSAND SEVEN HUNDRED SEVENTY-FOUR AND 00/100 DOLLARS**          | **$1,774.00** |

## NON-NEGOTIABLE
### (THIS IS NOT A CHECK)

DEF 0101

| CO. | FILE | DEPT. | CLOCK | CHK. NO. |
|-----|------|-------|-------|----------|
| WFP | 561446 | 066321 | | 0021830518 |

**LINCARE**
P.O. BOX 9004
CLEARWATER, FL 33758-9004

Taxable Marital Status:     Single
Employee ID:  177824

# Earnings Statement

| Period Beginning: | 12/24/2018 |
|-------------------|------------|
| Period Ending: | 01/06/2019 |
| Pay Date: | 01/11/2019 |

**BRITTANY NICOLE HUDSON**
**3017 LUMINOSO LN E**
**ROUND ROCK, TX 78681**

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 14.4231 | 56.00 | 807.69 | |
| Holiday | 14.4231 | 24.00 | 346.15 | |
| Commission | | | 899.00 | |
| mdINR Comm | | | 100.00 | |
| **Gross Pay** | | $ | 2,152.84 | 2,152.84 |

| Deductions | Statutory | | |
|------------|-----------|-------------|--------------|
| | Federal Withholding Tax | 156.66- | 156.66- |
| | Social Security Tax | 128.20- | 128.20- |
| | Medicare Tax | 29.98- | 29.98- |
| | **Other** | | |
| | *Dental Buy Up | 8.49- | |
| | Hsptl Indm | 17.21- | |
| | *BCBS Nosur | 76.67- | |
| | E Crit Iln | 8.60- | |
| | STD | 9.48- | |
| | *401(k) | 69.23- | |
| | **Net Pay** | $ 1,648.32 | |
| | **Net Check** | $ 1,648.32 | |

**Important Notes**
Rate Type:  Salaried

| **Other Benefits and Information** | this period | year to date |
|------------------------------------|-------------|--------------|

---

64-1278/611

**LINCARE**
P.O. BOX 9004
CLEARWATER, FL 33758-9004

| Payroll check number: | 0021830518 |
|-----------------------|------------|
| Period Beginning: | 12/24/2018 |
| Period Ending: | 01/06/2019 |
| Pay Date: | 01/11/2019 |
| Employee ID: | 177824 |

Pay to the
order of     **BRITTANY NICOLE HUDSON**

This Amount:  **ONE THOUSAND SIX HUNDRED FORTY-EIGHT AND 32/100 DOLLARS**     | **$1,648.32** |

# NON-NEGOTIABLE
(THIS IS NOT A CHECK)

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. |
|-----|------|-------|-------|-----------|
| WFP | 561446 | 066321 | | 0000041785 |

**LINCARE**
P.O. BOX 9004
CLEARWATER, FL 33758-9004

Taxable Marital Status:   Single
Employee ID:  177824

# Earnings Statement

| Period Beginning: | 01/07/2019 |
|---|---|
| Period Ending: | 01/20/2019 |
| Pay Date: | 01/25/2019 |

**BRITTANY NICOLE HUDSON**
**3017 LUMINOSO LN E**
**ROUND ROCK, TX  78681**

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 14.4231 | 80.00 | 1,153.85 | |
| Commission | | | 65.00 | |
| **Gross Pay** | | $ | 1,218.85 | 3,371.69 |

| Deductions | Statutory | | |
|------------|-----------|---|---|
| | Federal Withholding Tax | | 156.66- |
| | Social Security Tax | 70.28- | 198.48- |
| | Medicare Tax | 16.44- | 46.42- |
| | **Other** | | |
| | *Dental Buy Up | 8.49- | |
| | Hsptl Indm | 17.21- | |
| | *BCBS Nosur | 76.67- | |
| | E Crit Iln | 8.60- | |
| | STD | 9.48- | |
| | *401(k) | 69.23- | |
| | **Net Pay** | $  942.45 | |
| | EFT-Checking | 942.45- | |
| | **Net Check** | $  0.00 | |

**Important Notes**
Rate Type:  Salaried

**Other Benefits and**
| Information | this period | year to date |
|---|---|---|

64-1278/611

**LINCARE**
P.O. BOX 9004
CLEARWATER, FL 33758-9004

| Advice number: | 0000041785 |
|---|---|
| Period Beginning: | 01/07/2019 |
| Period Ending: | 01/20/2019 |
| Pay Date: | 01/25/2019 |
| Employee ID: | 177824 |

Pay to the
order of    **BRITTANY NICOLE HUDSON**
This Amount:   **NO AND 00/100 DOLLARS**                              | **$0.00** |

# NON-NEGOTIABLE
(THIS IS NOT A CHECK)

DEF 0103

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. |
|-----|------|-------|-------|-----------|
| WFP | 561446 | 066321 | | 0000061758 |

**LINCARE**
P.O. BOX 9004
CLEARWATER, FL 33758-9004

Taxable Marital Status:  Single
Employee ID:  177824

# Earnings Statement

| | |
|---|---|
| Period Beginning: | 01/21/2019 |
| Period Ending: | 02/03/2019 |
| Pay Date: | 02/08/2019 |

**BRITTANY NICOLE HUDSON**
**3017 LUMINOSO LN E**
**ROUND ROCK, TX  78681**

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 14.4231 | 80.00 | 1,153.85 | |
| Commission | | | 92.25 | |
| **Gross Pay** | | $ | 1,246.10 | 4,617.79 |

| Deductions | Statutory | this period | year to date |
|------------|-----------|-------------|--------------|
| | Federal Withholding Tax | | 156.66- |
| | Social Security Tax | 71.98- | 270.46- |
| | Medicare Tax | 16.83- | 63.25- |
| | **Other** | | |
| | *Dental Buy Up | 8.49- | |
| | Hsptl Indm | 17.21- | |
| | *BCBS Nosur | 76.67- | |
| | E Crit Iln | 8.60- | |
| | STD | 9.48- | |
| | *401(k) | 69.23- | |
| | **Net Pay** | $ 967.61 | |
| | EFT-Checking | 967.61- | |
| | **Net Check** | $ 0.00 | |

**Important Notes**
Rate Type:  Salaried

| Other Benefits and Information | this period | year to date |
|--------------------------------|-------------|--------------|

64-1278/611

**LINCARE**
P.O. BOX 9004
CLEARWATER, FL 33758-9004

| Advice number: | 0000061758 |
|----------------|------------|
| Period Beginning: | 01/21/2019 |
| Period Ending: | 02/03/2019 |
| Pay Date: | 02/08/2019 |
| Employee ID: | 177824 |

Pay to the
order of    **BRITTANY NICOLE HUDSON**

This Amount:   **NO AND 00/100 DOLLARS**                     **$0.00**

# NON-NEGOTIABLE
(THIS IS NOT A CHECK)

DEF 0104

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. |
|-----|------|-------|-------|-----------|
| WFP | 561446 | 066321 | | 0000081864 |

**LINCARE**
P.O. BOX 9004
CLEARWATER, FL 33758-9004

# Earnings Statement

Period Beginning:     02/04/2019
Period Ending:        02/17/2019
Pay Date:             02/22/2019

Taxable Marital Status:     Single
Employee ID:   177824

**BRITTANY NICOLE HUDSON**
**3017 LUMINOSO LN E**
**ROUND ROCK, TX  78681**

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 14.4231 | 80.00 | 1,153.85 | |
| Commission | | | 190.00 | |
| **Gross Pay** | | $ | 1,343.85 | 5,961.64 |

**Important Notes**

Rate Type:  Salaried

**Other Benefits and**

| Information | this period | year to date |
|-------------|-------------|--------------|

| Deductions | Statutory | | |
|------------|-----------|--|--|
| | Federal Withholding Tax | | 156.66- |
| | Social Security Tax | 78.04- | 348.50- |
| | Medicare Tax | 18.25- | 81.50- |
| | **Other** | | |
| | *Dental Buy Up | 8.49- | |
| | Hsptl Indm | 17.21- | |
| | *BCBS Nosur | 76.67- | |
| | E Crit Iln | 8.60- | |
| | STD | 9.48- | |
| | *401(k) | 69.23- | |
| | **Net Pay** | $ | 1,057.88 |
| | EFT-Checking | 1,057.88- | |
| | **Net Check** | $ | 0.00 |

---

**LINCARE**
P.O. BOX 9004
CLEARWATER, FL 33758-9004

64-1278/611

| Advice number: | 0000081864 |
|----------------|------------|
| Period Beginning: | 02/04/2019 |
| Period Ending: | 02/17/2019 |
| Pay Date: | 02/22/2019 |
| Employee ID: | 177824 |

Pay to the
order of     **BRITTANY NICOLE HUDSON**

| This Amount: | **NO AND 00/100 DOLLARS** | $0.00 |
|--------------|---------------------------|-------|

# NON-NEGOTIABLE
(THIS IS NOT A CHECK)

DEF 0105

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. |
|-----|------|-------|-------|-----------|
| WFP | 561446 | 066321 | | 0000101708 |

# LINCARE

P.O. BOX 9004
CLEARWATER, FL 33758-9004

Taxable Marital Status:     Single
Employee ID:  177824

## Earnings Statement

| | |
|---|---|
| Period Beginning: | 02/18/2019 |
| Period Ending: | 03/03/2019 |
| Pay Date: | 03/08/2019 |

**BRITTANY NICOLE HUDSON**
**3017 LUMINOSO LN E**
**ROUND ROCK, TX  78681**

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 14.7837 | 56.00 | 827.89 | |
| Vacation | 14.7837 | 24.00 | 354.81 | |
| | Gross Pay | | $    1,182.70 | 8,902.43 |

| Deductions | Statutory | | |
|------------|-----------|--|--|
| | Federal Withholding Tax | | 161.49- |
| | Social Security Tax | 68.05- | 520.27- |
| | Medicare Tax | 15.92- | 121.68- |
| | **Other** | | |
| | *Dental Buy Up | 8.49- | |
| | Hsptl Indm | 17.21- | |
| | *BCBS Nosur | 76.67- | |
| | E Crit Iln | 8.60- | |
| | STD | 9.48- | |
| | *401(k) | 70.96- | |
| | **Net Pay** | $    907.32 | |
| | EFT-Checking | 907.32- | |
| | **Net Check** | $    0.00 | |

**Important Notes**

Rate Type:  Salaried

| Other Benefits and Information | this period | year to date |
|-------------------------------|-------------|--------------|

---

# LINCARE

P.O. BOX 9004
CLEARWATER, FL 33758-9004

64-1278/611

| | |
|---|---|
| Advice number: | 0000101708 |
| Period Beginning: | 02/18/2019 |
| Period Ending: | 03/03/2019 |
| Pay Date: | 03/08/2019 |
| Employee ID: | 177824 |

Pay to the
order of     **BRITTANY NICOLE HUDSON**

| This Amount: | **NO AND 00/100 DOLLARS** | | $0.00 |
|--------------|---------------------------|--|-------|

# NON-NEGOTIABLE
(THIS IS NOT A CHECK)

DEF 0106

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. |
|-----|------|-------|-------|-----------|
| WFP | 561446 | 066321 | | 0000101709 |

**LINCARE**

P.O. BOX 9004
CLEARWATER, FL 33758-9004

Taxable Marital Status:    Single
Employee ID:  177824

# Earnings Statement

Period Beginning:        02/18/2019
Period Ending:           03/03/2019
Pay Date:                03/08/2019

**BRITTANY NICOLE HUDSON**
**3017 LUMINOSO LN E**
**ROUND ROCK, TX  78681**

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Retroactive Pay | | | 115.39 | |
| **Gross Pay** | | $ | 115.39 | 8,902.43 |

| Deductions | Statutory | | | |
|------------|-----------|---|---|---|
| | Federal Withholding Tax | | | 161.49- |
| | Social Security Tax | | 7.15- | 520.27- |
| | Medicare Tax | | 1.67- | 121.68- |
| | **Other** | | | |
| | *401(k) | | 6.92- | |
| | **Net Pay** | $ | 99.65 | |
| | EFT-Checking | | 99.65- | |
| | **Net Check** | $ | 0.00 | |

**Important Notes**
Rate Type:  Salaried

**Other Benefits and**

| Information | this period | year to date |
|-------------|-------------|--------------|

64-1278/611



P.O. BOX 9004
CLEARWATER, FL 33758-9004

| | |
|---|---|
| **Advice number:** | **0000101709** |
| Period Beginning: | 02/18/2019 |
| Period Ending: | 03/03/2019 |
| Pay Date: | 03/08/2019 |
| Employee ID: | 177824 |

Pay to the
order of     **BRITTANY NICOLE HUDSON**

| This Amount: | **NO AND 00/100 DOLLARS** | | **$0.00** |
|--------------|---------------------------|---|-----------|

# NON-NEGOTIABLE
(THIS IS NOT A CHECK)

DEF 0107

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. |
|-----|------|-------|-------|-----------|
| WFP | 561446 | 066321 | | 0000121777 |

**LINCARE**
P.O. BOX 9004
CLEARWATER, FL 33758-9004

Taxable Marital Status:    Single
Employee ID:  177824

# Earnings Statement

Period Beginning:          03/04/2019
Period Ending:             03/17/2019
Pay Date:                  03/22/2019

**BRITTANY NICOLE HUDSON**
**3017 LUMINOSO LN E**
**ROUND ROCK, TX  78681**

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 14.7837 | 51.00 | 753.97 | |
| Sick Pay | 14.7837 | 13.00 | 192.19 | |
| Vacation | 14.7837 | 16.00 | 236.54 | |
| Commission | | | 460.00 | |
| **Gross Pay** | | $ | 1,642.70 | 8,902.43 |

| Deductions | Statutory | | |
|------------|-----------|-------------|--------------|
| | Federal Withholding Tax | 4.83- | 161.49- |
| | Social Security Tax | 96.57- | 520.27- |
| | Medicare Tax | 22.59- | 121.68- |
| | **Other** | | |
| | *Dental Buy Up | 8.49- | |
| | Hsptl Indm | 17.21- | |
| | *BCBS Nosur | 76.67- | |
| | E Crit Iln | 8.60- | |
| | STD | 9.48- | |
| | *401(k) | 70.96- | |
| | **Net Pay** | $  1,327.30 | |
| | EFT-Checking | 1,327.30- | |
| | **Net Check** | $     0.00 | |

**Important Notes**
Rate Type:  Salaried

**Other Benefits and**

| **Information** | **this period** | **year to date** |
|-----------------|-----------------|------------------|



P.O. BOX 9004
CLEARWATER, FL 33758-9004

64-1278/611

| Advice number: | 0000121777 |
|----------------|------------|
| Period Beginning: | 03/04/2019 |
| Period Ending: | 03/17/2019 |
| Pay Date: | 03/22/2019 |
| Employee ID: | 177824 |

Pay to the
order of      **BRITTANY NICOLE HUDSON**

This Amount:  **NO AND 00/100 DOLLARS**                    **$0.00**

# NON-NEGOTIABLE
(THIS IS NOT A CHECK)

DEF 0108

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. |
|-----|------|-------|-------|-----------|
| WFP | 561446 | 066321 | | 0000141730 |

**LINCARE**

P.O. BOX 9004
CLEARWATER, FL 33758-9004

Taxable Marital Status:   Single
Employee ID:  177824

# Earnings Statement

Period Beginning:       03/18/2019
Period Ending:          03/31/2019
Pay Date:               04/05/2019

**BRITTANY NICOLE HUDSON**
**3017 LUMINOSO LN E**
**ROUND ROCK, TX  78681**

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 14.7837 | 80.00 | 1,182.70 | |
| Commission | | | 40.00 | |
| **Gross Pay** | | $ | 1,222.70 | 10,125.13 |

| Deductions | Statutory | this period | year to date |
|------------|-----------|-------------|--------------|
| | Federal Withholding Tax | | 161.49- |
| | Social Security Tax | 70.53- | 590.80- |
| | Medicare Tax | 16.49- | 138.17- |
| | **Other** | | |
| | *Dental Buy Up | 8.49- | |
| | Hsptl Indm | 17.21- | |
| | *BCBS Nosur | 76.67- | |
| | E Crit Iln | 8.60- | |
| | STD | 9.48- | |
| | *401(k) | 70.96- | |
| | **Net Pay** | $  944.27 | |
| | EFT-Checking | 944.27- | |
| | **Net Check** | $  0.00 | |

**Important Notes**
Rate Type:  Salaried

**Other Benefits and**
| Information | this period | year to date |
|-------------|-------------|--------------|

64-1278/611



P.O. BOX 9004
CLEARWATER, FL 33758-9004

| Advice number: | **0000141730** |
|----------------|----------------|
| Period Beginning: | 03/18/2019 |
| Period Ending: | 03/31/2019 |
| Pay Date: | 04/05/2019 |
| Employee ID: | 177824 |

Pay to the
order of      **BRITTANY NICOLE HUDSON**
This Amount:   **NO AND 00/100 DOLLARS**                                      | **$0.00** |

# NON-NEGOTIABLE
(THIS IS NOT A CHECK)

DEF 0109

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. |
|-----|------|-------|-------|-----------|
| WFP | 561446 | 066321 | | 0000161742 |

**LINCARE**

P.O. BOX 9004
CLEARWATER, FL 33758-9004

Taxable Marital Status:   Single
Employee ID:  177824

# Earnings Statement

| | |
|---|---|
| Period Beginning: | 04/01/2019 |
| Period Ending: | 04/14/2019 |
| Pay Date: | 04/19/2019 |

**BRITTANY NICOLE HUDSON**
**3017 LUMINOSO LN E**
**ROUND ROCK, TX  78681**

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 14.7837 | 80.00 | 1,182.70 | |
| Commission | | | 230.00 | |
| **Gross Pay** | | $ | 1,412.70 | 11,537.83 |

| Deductions | Statutory | | |
|------------|-----------|--|--|
| | Federal Withholding Tax | | 161.49- |
| | Social Security Tax | 82.31- | 673.11- |
| | Medicare Tax | 19.25- | 157.42- |
| | **Other** | | |
| | *Dental Buy Up | 8.49- | |
| | Hsptl Indm | 17.21- | |
| | *BCBS Nosur | 76.67- | |
| | E Crit Iln | 8.60- | |
| | STD | 9.48- | |
| | *401(k) | 70.96- | |
| | **Net Pay** | $ 1,119.73 | |
| | EFT-Checking | 1,119.73- | |
| | **Net Check** | $ 0.00 | |

**Important Notes**
Rate Type:  Salaried

| Other Benefits and Information | this period | year to date |
|---|---|---|

---

64-1278/611

**LINCARE**

P.O. BOX 9004
CLEARWATER, FL 33758-9004

| | |
|---|---|
| Advice number: | 0000161742 |
| Period Beginning: | 04/01/2019 |
| Period Ending: | 04/14/2019 |
| Pay Date: | 04/19/2019 |
| Employee ID: | 177824 |

Pay to the
order of   **BRITTANY NICOLE HUDSON**

| This Amount: | **NO AND 00/100 DOLLARS** | **$0.00** |
|---|---|---|

# NON-NEGOTIABLE
(THIS IS NOT A CHECK)

DEF 0110

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. |
|-----|------|-------|-------|-----------|
| WFP | 561446 | 066321 | | 0000181726 |

**LINCARE**

P.O. BOX 9004
CLEARWATER, FL 33758-9004

Taxable Marital Status:     Single
Employee ID:  177824

# Earnings Statement

| Period Beginning: | 04/15/2019 |
|---|---|
| Period Ending: | 04/28/2019 |
| Pay Date: | 05/03/2019 |

**BRITTANY NICOLE HUDSON**
**3017 LUMINOSO LN E**
**ROUND ROCK, TX  78681**

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 14.7837 | 80.00 | 1,182.70 | |
| Commission | | | 1,136.75 | |
| **Gross Pay** | | $ | 2,319.45 | 13,857.28 |

| Deductions | Statutory | | |
|------------|-----------|--|--|
| | Federal Withholding Tax | 79.53- | 241.02- |
| | Social Security Tax | 138.52- | 811.63- |
| | Medicare Tax | 32.40- | 189.82- |
| | **Other** | | |
| | *Dental Buy Up | 8.49- | |
| | Hsptl Indm | 17.21- | |
| | *BCBS Nosur | 76.67- | |
| | E Crit Iln | 8.60- | |
| | STD | 9.48- | |
| | *401(k) | 70.95- | |
| | **Net Pay** | $  1,877.59 | |
| | EFT-Checking | 1,877.59- | |
| | **Net Check** | $  0.00 | |

**Important Notes**

Rate Type:  Salaried

**Other Benefits and**

| Information | this period | year to date |
|-------------|-------------|--------------|

64-1278/611

**LINCARE**

P.O. BOX 9004
CLEARWATER, FL 33758-9004

| Advice number: | 0000181726 |
|---|---|
| Period Beginning: | 04/15/2019 |
| Period Ending: | 04/28/2019 |
| Pay Date: | 05/03/2019 |
| Employee ID: | 177824 |

Pay to the
order of     **BRITTANY NICOLE HUDSON**

This Amount:     **NO AND 00/100 DOLLARS**                                **$0.00**

# NON-NEGOTIABLE
(THIS IS NOT A CHECK)

DEF 0111

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. |
|-----|------|-------|-------|-----------|
| WFP | 561446 | 066321 | | 0000201626 |

## LINCARE

P.O. BOX 9004
CLEARWATER, FL 33758-9004

Taxable Marital Status:   Single
Employee ID:  177824

# Earnings Statement

| Period Beginning: | 04/29/2019 |
|---|---|
| Period Ending: | 05/12/2019 |
| Pay Date: | 05/17/2019 |

**BRITTANY NICOLE HUDSON**
**3017 LUMINOSO LN E**
**ROUND ROCK, TX  78681**

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 14.7837 | 80.00 | 1,182.70 | |
| **Gross Pay** | | $ | 1,182.70 | 15,039.98 |

| Deductions | Statutory | | | |
|------------|-----------|---|---|---|
| | Federal Withholding Tax | | | 241.02- |
| | Social Security Tax | | 68.05- | 879.68- |
| | Medicare Tax | | 15.91- | 205.73- |
| | **Other** | | | |
| | *Dental Buy Up | | 8.49- | |
| | Hsptl Indm | | 17.21- | |
| | *BCBS Nosur | | 76.67- | |
| | E Crit Iln | | 8.60- | |
| | STD | | 9.48- | |
| | *401(k) | | 70.96- | |
| | **Net Pay** | $ | 907.33 | |
| | EFT-Checking | | 907.33- | |
| | **Net Check** | $ | 0.00 | |

**Important Notes**
Rate Type:  Salaried

**Other Benefits and**

| Information | this period | year to date |
|-------------|-------------|--------------|

64-1278/611

## LINCARE

P.O. BOX 9004
CLEARWATER, FL 33758-9004

| Advice number: | 0000201626 |
|---|---|
| Period Beginning: | 04/29/2019 |
| Period Ending: | 05/12/2019 |
| Pay Date: | 05/17/2019 |
| Employee ID: | 177824 |

Pay to the
order of    **BRITTANY NICOLE HUDSON**

| This Amount: | **NO AND 00/100 DOLLARS** | | **$0.00** |
|---|---|---|---|

# NON-NEGOTIABLE
### (THIS IS NOT A CHECK)

DEF 0112

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. |
|-----|------|-------|-------|-----------|
| WFP | 561446 | 066321 | | 0000221761 |

**LINCARE**
P.O. BOX 9004
CLEARWATER, FL 33758-9004

Taxable Marital Status:    Single
Employee ID:  177824

# Earnings Statement

| Period Beginning: | 05/13/2019 |
|---|---|
| Period Ending: | 05/26/2019 |
| Pay Date: | 05/31/2019 |

**BRITTANY NICOLE HUDSON**
**3017 LUMINOSO LN E**
**ROUND ROCK, TX  78681**

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 14.7837 | 80.00 | 1,182.70 | |
| Commission | | | 212.25 | |
| **Gross Pay** | | $ | 1,394.95 | 16,434.93 |

| Deductions | Statutory | | |
|------------|-----------|---|---|
| | Federal Withholding Tax | | 241.02- |
| | Social Security Tax | 86.49- | 966.17- |
| | Medicare Tax | 20.23- | 225.96- |
| | **Other** | | |
| | *401(k) | 70.96- | |
| | **Net Pay** | $ | 1,217.27 |
| | EFT-Checking | 1,217.27- | |
| | **Net Check** | $ | 0.00 |

**Important Notes**
Rate Type:  Salaried

| **Other Benefits and** | | | |
|---|---|---|---|
| **Information** | | **this period** | **year to date** |



**LINCARE**
P.O. BOX 9004
CLEARWATER, FL 33758-9004

64-1278/611

| Advice number: | **0000221761** |
|---|---|
| Period Beginning: | 05/13/2019 |
| Period Ending: | 05/26/2019 |
| Pay Date: | 05/31/2019 |
| Employee ID: | 177824 |

Pay to the
order of      **BRITTANY NICOLE HUDSON**

This Amount:   **NO AND 00/100 DOLLARS**                                      **$0.00**

# NON-NEGOTIABLE
(THIS IS NOT A CHECK)

DEF 0113

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. |
|-----|------|-------|-------|-----------|
| WFP | 561446 | 066321 | | 0000241849 |

# LINCARE

P.O. BOX 9004
CLEARWATER, FL 33758-9004

Taxable Marital Status:   Single
Employee ID:  177824

## Earnings Statement

| | |
|---|---|
| Period Beginning: | 05/27/2019 |
| Period Ending: | 06/09/2019 |
| Pay Date: | 06/14/2019 |

**BRITTANY NICOLE HUDSON**
**3017 LUMINOSO LN E**
**ROUND ROCK, TX  78681**

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 14.7637 | 72.00 | 1,064.43 | |
| Holiday | 14.7637 | 8.00 | 118.27 | |
| Commission | | | 115.00 | |
| mdINR Comm | | | 100.00 | |
| **Gross Pay** | | $ | 1,397.70 | 17,832.63 |

| Deductions | Statutory | | |
|------------|-----------|---|---|
| | Federal Withholding Tax | | 241.02- |
| | Social Security Tax | 81.37- | 1,047.54- |
| | Medicare Tax | 19.03- | 244.99- |
| | **Other** | | |
| | *Dental Buy Up | 8.49- | |
| | Hsptl Indm | 17.21- | |
| | *BCBS Nosur | 76.67- | |
| | E Crit Iln | 8.60- | |
| | STD | 9.48- | |
| | Loan - 401K | 41.32- | |
| | *401(k) | 70.96- | |
| | **Net Pay** | $ | 1,064.57 |
| | EFT-Checking | 1,064.57- | |
| | **Net Check** | $ | 0.00 |

**Important Notes**
Rate Type:  Salaried

**Other Benefits and**

| Information | this period | year to date |
|-------------|-------------|--------------|

---

64-1278/611

# LINCARE

P.O. BOX 9004
CLEARWATER, FL 33758-9004

| | |
|---|---|
| **Advice number:** | **0000241849** |
| Period Beginning: | 05/27/2019 |
| Period Ending: | 06/09/2019 |
| Pay Date: | 06/14/2019 |
| Employee ID: | 177824 |

Pay to the
order of     **BRITTANY NICOLE HUDSON**

| This Amount: | **NO AND 00/100 DOLLARS** | | $0.00 |
|--------------|---------------------------|---|-------|

# NON-NEGOTIABLE
(THIS IS NOT A CHECK)

DEF 0114

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. |
|-----|------|-------|-------|-----------|
| WFP | 561446 | 066321 | | 0000261650 |

**LINCARE**
P.O. BOX 9004
CLEARWATER, FL 33758-9004

Taxable Marital Status:   Single
Employee ID:  177824

# Earnings Statement

| | |
|---|---|
| Period Beginning: | 06/10/2019 |
| Period Ending: | 06/23/2019 |
| Pay Date: | 06/28/2019 |

**BRITTANY NICOLE HUDSON**
**3017 LUMINOSO LN E**
**ROUND ROCK, TX 78681**

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 14.7837 | 80.00 | 1,182.70 | |
| Commission | | | 327.25 | |
| mdINR Comm | | | 200.00 | |
| **Gross Pay** | | $ | 1,709.95 | 19,542.58 |

| Important Notes |
|---|
| Rate Type:  Salaried |

**Other Benefits and**

| Information | this period | year to date |
|-------------|-------------|--------------|

| Deductions | Statutory | this period | year to date |
|------------|-----------|-------------|--------------|
| | Federal Withholding Tax | 11.55- | 252.57- |
| | Social Security Tax | 100.74- | 1,148.28- |
| | Medicare Tax | 23.56- | 268.55- |
| | **Other** | | |
| | *Dental Buy Up | 8.49- | |
| | Hsptl Indm | 17.21- | |
| | *BCBS Nosur | 76.67- | |
| | E Crit Iln | 8.60- | |
| | STD | 9.48- | |
| | Loan - 401K | 41.32- | |
| | *401(k) | 70.96- | |
| | **Net Pay** | $ | 1,341.37 |
| | EFT-Checking | 1,341.37- | |
| | **Net Check** | $ | 0.00 |

64-1278/611

**LINCARE**
P.O. BOX 9004
CLEARWATER, FL 33758-9004

| Advice number: | 0000261650 |
|----------------|------------|
| Period Beginning: | 06/10/2019 |
| Period Ending: | 06/23/2019 |
| Pay Date: | 06/28/2019 |
| Employee ID: | 177824 |

Pay to the
order of      **BRITTANY NICOLE HUDSON**
This Amount:   **NO AND 00/100 DOLLARS**                                    **$0.00**

# NON-NEGOTIABLE
(THIS IS NOT A CHECK)

DEF 0115

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. |
|-----|------|-------|-------|-----------|
| WFP | 561446 | 066321 | | 0000281887 |



P.O. BOX 9004
CLEARWATER, FL 33758-9004

Taxable Marital Status:  Single
Employee ID:  177824

# Earnings Statement

| Period Beginning: | 06/24/2019 |
|---|---|
| Period Ending: | 07/07/2019 |
| Pay Date: | 07/12/2019 |

**BRITTANY NICOLE HUDSON**
**3017 LUMINOSO LN E**
**ROUND ROCK, TX  78681**

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 14.7837 | 72.00 | 1,064.43 | |
| Holiday | 14.7837 | 8.00 | 118.27 | |
| Commission | | | 30.00 | |
| **Gross Pay** | | $ | 1,212.70 | 20,755.28 |

| Deductions | Statutory | | |
|------------|-----------|--|--|
| | Federal Withholding Tax | | 252.57- |
| | Social Security Tax | 69.91- | 1,218.19- |
| | Medicare Tax | 16.35- | 284.90- |
| | **Other** | | |
| | *Dental Buy Up | 8.49- | |
| | Hsptl Indm | 17.21- | |
| | *BCBS Nosur | 76.67- | |
| | E Crit Iln | 8.60- | |
| | STD | 9.48- | |
| | Loan - 401K | 41.32- | |
| | *401(k) | 70.96- | |
| | **Net Pay** | $ | 893.71 |
| | EFT-Checking | 893.71- | |
| | **Net Check** | $ | 0.00 |

**Important Notes**
Rate Type:  Salaried

**Other Benefits and**

| Information | this period | year to date |
|-------------|-------------|--------------|

64-1278/611



P.O. BOX 9004
CLEARWATER, FL 33758-9004

| Advice number: | 0000281887 |
|---|---|
| Period Beginning: | 06/24/2019 |
| Period Ending: | 07/07/2019 |
| Pay Date: | 07/12/2019 |
| Employee ID: | 177824 |

Pay to the
order of    **BRITTANY NICOLE HUDSON**
This Amount:   **NO AND 00/100 DOLLARS**     | **$0.00**

# NON-NEGOTIABLE
(THIS IS NOT A CHECK)

DEF 0116

CO.   FILE   DEPT.   CLOCK   VCHR. NO.
WFP   561446   066321         0000301677

**LINCARE**

P.O. BOX 9004
CLEARWATER, FL 33758-9004

Taxable Marital Status:   Single
Employee ID:   177824

# Earnings Statement

| | |
|---|---|
| Period Beginning: | 07/08/2019 |
| Period Ending: | 07/21/2019 |
| Pay Date: | 07/26/2019 |

**BRITTANY NICOLE HUDSON**
**3017 LUMINOSO LN E**
**ROUND ROCK, TX  78681**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 14.7837 | 80.00 | 1,162.70 | |
| Commission | | | 84.50 | |
| mdINR Comm | | | 200.00 | |
| **Gross Pay** | | $ | 1,467.20 | 22,222.48 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Withholding Tax | | 252.57- |
| | Social Security Tax | 85.68- | 1,303.87- |
| | Medicare Tax | 20.04- | 304.94- |
| | | | |
| | **Other** | | |
| | *Dental Buy Up | 8.49- | |
| | Hsptl Indm | 17.21- | |
| | *BCBS Nosur | 76.67- | |
| | E Crit Iln | 8.60- | |
| | STD | 9.48- | |
| | Loan - 401K | 41.32- | |
| | *401(k) | 70.96- | |
| | **Net Pay** | $ | 1,128.75 |
| | EFT-Checking | | 1,128.75- |
| | **Net Check** | $ | 0.00 |

**Important Notes**
Rate Type:  Salaried

**Other Benefits and**

| Information | this period | year to date |
|---|---|---|

---

64-1278/611

**LINCARE**

P.O. BOX 9004
CLEARWATER, FL 33758-9004

| | |
|---|---|
| **Advice number:** | **0000301677** |
| Period Beginning: | 07/08/2019 |
| Period Ending: | 07/21/2019 |
| Pay Date: | 07/26/2019 |
| Employee ID: | 177824 |

Pay to the
order of   **BRITTANY NICOLE HUDSON**

| This Amount: | **NO AND 00/100 DOLLARS** | **$0.00** |
|---|---|---|

# NON-NEGOTIABLE
(THIS IS NOT A CHECK)

DEF 0117

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. |
|-----|------|-------|-------|-----------|
| WFP | 561446 | 066321 | | 0000321816 |

## LINCARE
P.O. BOX 9004
CLEARWATER, FL 33758-9004

Taxable Marital Status:   Single
Employee ID:  177824

# Earnings Statement

| | |
|---|---|
| Period Beginning: | 07/22/2019 |
| Period Ending: | 08/04/2019 |
| Pay Date: | 08/09/2019 |

**BRITTANY NICOLE HUDSON**
**3017 LUMINOSO LN E**
**ROUND ROCK, TX  78681**

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 14.7837 | 80.00 | 1,182.70 | |
| Commission | | | 285.00 | |
| **Gross Pay** | | $ | 1,467.70 | 23,690.18 |

| Deductions | Statutory | | |
|------------|-----------|--------|---------|
| | Federal Withholding Tax | | 252.57- |
| | Social Security Tax | 85.72- | 1,389.59- |
| | Medicare Tax | 20.05- | 324.99- |
| | **Other** | | |
| | *Dental Buy Up | 8.49- | |
| | Hsptl Indm | 17.21- | |
| | *BCBS Nosur | 76.67- | |
| | E Crit Iln | 8.60- | |
| | STD | 9.48- | |
| | Loan - 401K | 41.32- | |
| | *401(k) | 70.96- | |
| | **Net Pay** | $ 1,129.20 | |
| | EFT-Checking | 1,129.20- | |
| | **Net Check** | $ 0.00 | |

**Important Notes**
Rate Type:  Salaried

**Other Benefits and**

| Information | this period | year to date |
|-------------|-------------|--------------|

64-1278/611

## LINCARE
P.O. BOX 9004
CLEARWATER, FL 33758-9004

| Advice number: | 0000321816 |
|----------------|------------|
| Period Beginning: | 07/22/2019 |
| Period Ending: | 08/04/2019 |
| Pay Date: | 08/09/2019 |
| Employee ID: | 177824 |

Pay to the
order of   **BRITTANY NICOLE HUDSON**

| This Amount: | **NO AND 00/100 DOLLARS** | **$0.00** |
|--------------|---------------------------|-----------|

# NON-NEGOTIABLE
(THIS IS NOT A CHECK)

DEF 0118

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. |
|-----|------|-------|-------|-----------|
| WFP | 561446 | 066321 | | 0000341961 |

**LINCARE**

P.O. BOX 9004
CLEARWATER, FL 33758-9004

Taxable Marital Status:   Single
Employee ID:  177824

## Earnings Statement

| | |
|---|---|
| Period Beginning: | 08/05/2019 |
| Period Ending: | 08/18/2019 |
| Pay Date: | 08/23/2019 |

**BRITTANY NICOLE HUDSON**
**3017 LUMINOSO LN E**
**ROUND ROCK, TX  78681**

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 14.7837 | 40.00 | 591.35 | |
| Commission | | | 242.00 | |
| Term Vacation | 14.7837 | 9.28 | 137.19 | |
| mdINR Comm | | | 100.00 | |
| **Gross Pay** | | $ | 1,070.54 | 24,760.72 |

**Important Notes**
Rate Type:  Salaried

| Other Benefits and Information | this period | year to date |
|--------------------------------|-------------|--------------|

| Deductions | **Statutory** | this period | year to date |
|------------|---------------|-------------|--------------|
| | Federal Withholding Tax | | 252.57- |
| | Social Security Tax | 61.10- | 1,450.69- |
| | Medicare Tax | 14.28- | 339.27- |
| | **Other** | | |
| | *Dental Buy Up | 8.49- | |
| | Hsptl Indm | 17.21- | |
| | *BCBS Nosur | 76.67- | |
| | E Crit Iln | 8.60- | |
| | STD | 9.48- | |
| | Loan - 401K | 41.32- | |
| | *401(k) | 43.71- | |
| | **Net Pay** | $ 789.68 | |
| | EFT-Checking | 789.68- | |
| | **Net Check** | $ 0.00 | |

64-1278/611

**LINCARE**

P.O. BOX 9004
CLEARWATER, FL 33758-9004

| Advice number: | 0000341961 |
|----------------|------------|
| Period Beginning: | 08/05/2019 |
| Period Ending: | 08/18/2019 |
| Pay Date: | 08/23/2019 |
| Employee ID: | 177824 |

Pay to the
order of   **BRITTANY NICOLE HUDSON**

This Amount:   **NO AND 00/100 DOLLARS**   $0.00

## NON-NEGOTIABLE
(THIS IS NOT A CHECK)

| CO. | FILE | DEPT. | CLOCK | CHK. NO. |
|-----|------|-------|-------|----------|
| WFP | 561446 | 066321 | | 0021834132 |



P.O. BOX 9004
CLEARWATER, FL 33758-9004

Taxable Marital Status:   Single
Employee ID:  177824

# Earnings Statement

| Period Beginning: | 08/19/2019 |
|---|---|
| Period Ending: | 09/01/2019 |
| Pay Date: | 09/06/2019 |

**BRITTANY NICOLE HUDSON**
**3017 LUMINOSO LN E**
**ROUND ROCK, TX  78681**

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Commission | | | 305.00 | |
| **Gross Pay** | | $ | 305.00 | 25,065.72 |

| Deductions | Statutory | | | |
|------------|-----------|--|--|--|
| | Federal Withholding Tax | | | 252.57- |
| | Social Security Tax | | 18.91- | 1,469.60- |
| | Medicare Tax | | 4.43- | 343.70- |
| | **Other** | | | |
| | **Net Pay** | $ | 281.66 | |
| | **Net Check** | $ | 281.66 | |

**Important Notes**

Rate Type:  Salaried

**Other Benefits and**

| Information | this period | year to date |
|-------------|-------------|--------------|

64-1278/611



P.O. BOX 9004
CLEARWATER, FL 33758-9004

| Payroll check number: | 0021834132 |
|---|---|
| Period Beginning: | 08/19/2019 |
| Period Ending: | 09/01/2019 |
| Pay Date: | 09/06/2019 |
| Employee ID: | 177824 |

Pay to the
order of   **BRITTANY NICOLE HUDSON**

| This Amount: | **TWO HUNDRED EIGHTY-ONE AND 66/100 DOLLARS** | **$281.66** |
|---|---|---|

# NON-NEGOTIABLE
(THIS IS NOT A CHECK)

DEF 0120